UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **1:11cv5270**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        (**X**) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( ) Subpoena
        ( ) Other:

1.   ( ) By leaving a copy with the named party, ------- personally on -------.

2.   ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( **X** ) On the within party, **DJ White Shadow, LLC, c/o Josh Kaplan, Registered Agent**, by leaving a copy with **Lesley Smith, Office Manager and Authorized Person** on **August 4, 2011**, and informed that person of the contents thereof.

4.   ( **X** ) That the sex, race, and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**      RACE: **Caucasian**      APPROXIMATE AGE: **35-40**

5.   ( **X** ) That the place where and the time of day when the documents were served were as follows:
PLACE: **1753 N. Damen Ave., #200, Chicago, IL 60647**
TIME OF DAY: **2:35 PM**

6.   ( ) That he was unable to serve within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **5th** day of **August 2011**

_____
OFFICIAL SEAL
CAROL PLANO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/24/13

_____
Jason Holinka
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885