## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:11cv5270

___John Aldana___, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons, Complaint, Exhibits A & B** to **Universal Music Group, Inc., c/o Registered Agent, CT Corporation System** at **818 W. Seventh Street, Los Angeles, CA 90017** resulting in:

___X___ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on

the __4th__ day of __August__, 2011 at __1:55__ __P__ .M.

Name: __Maria Sanchez__     Title: __Process Specialist__

_____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | Female | Hair Color/Style: | black |
| Race: | Hispanic | Height (approx.): | 5'6" |
| Age (approx.) | 40+ | Weight (approx.): | 170+ |

Notable Features/Notes: _____

Signed and Sworn to before me
This __9__ day of __August__ 2011.

__B.J.A.__
Notary Public

> BRUCE J. ANDERSON
> Commission # 1943123
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jul 30, 2015

Served By: ___[signature]___

__John Aldana LA#6353__
__Process Server__
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

REBECCA FRANCESCATTI, an individual,

V.

STEFANI JOANNE GERMANOTTA, an individual, a.k.a. "Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual.

CASE NUMBER: 1:11cv5270

ASSIGNED JUDGE: Hon. Blanche M. Manning

DESIGNATED MAGISTRATE JUDGE: Mag. Judge Jeffrey T. Gilbert

TO: (Name and address of Defendant)

UNIVERSAL MUSIC GROUP, INC.
c/o CT Corporation System, Registered Agent
818 W. Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Niro
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602-4515

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DOBBINS, CLERK
(By) DEPUTY CLERK

August 3, 2011

DATE