**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11 CV 5270 |
| | ) | |
| STEFANI GERMANOTTA, a.k.a | ) | Judge Blanche M. Manning |
| LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | Magistrate Judge Jeffrey T. Gilbert |
| DJ WHITE SHADOW, LLC, | ) | |
| and BRIAN GAYNOR | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME**

Defendant, DJ White Shadow, LLC ("DJWS"), by and through its attorneys, Elvis

Gonzalez, Ltd., moves the Court pursuant to an agreement between Plaintiff and DJWS, to enter

an Order, extending the time within which DJWS is to file its Answer or other responsive

pleading.  In support thereof, DJWS states as follows:

1.      On August 3, 2011, Plaintiff, Rebecca Francescatti, instituted this action by filing

a Complaint, asserting copyright infringement against DJWS and various other defendants.

2.      DJWS's responsive pleading is currently due on August 25, 2011.

3.      On August 24, 2011, the Plaintiff agreed to grant DJWS an extension of time

within which to file its responsive pleading on or before September 29, 2011.

4.      DJWS seeks an Order of this Court, reflecting the parties' agreement, and

allowing the extension of time.

- 2 -

WHEREFORE, Defendant, DJ White Shadow, LLC, respectfully prays that the Court

enter an Order, extending the time within which it is to file its responsive pleading to and until

September 29, 2011, and for such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

DJ WHITE SHADOW, LLC


/s/ Elvis D. Gonzalez_____
By:  Its Attorney

Elvis D. Gonzalez (ARDC NO. 6280115)
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison Street, Suite 5050
Chicago, Illinois 60602
312-558-9779
egonzalez@elvisgonzalezltd.com
404511.1-11020.00200

*Attorneys for Defendant*