**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11 CV 5270 |
| | ) | |
| STEFANI GERMANOTTA, a.k.a | ) | Judge Blanche M. Manning |
| LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | Magistrate Judge Jeffrey T. Gilbert |
| DJ WHITE SHADOW, LLC, | ) | |
| and BRIAN GAYNOR | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: William L. Niro, Esq.
Christopher W. Niro, Esq.
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602

PLEASE TAKE NOTICE that on September 1, 2011 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Blanche M. Manning at the U.S. District Court for the Northern District of Illinois at 219 South Dearborn, Room 1019, Chicago, Illinois, and shall then and there present **Defendant's Agreed Motion for Extension of Time**, a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

DJ WHITE SHADOW, LLC

/s/ Elvis D. Gonzalez_____
By: Its Attorney

Elvis D. Gonzalez (ARDC NO. 6280115)
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison Street, Suite 5050
Chicago, Illinois 60602
312-558-9779
egonzalez@elvisgonzalezltd.com
404513.1-11020.00200

## **CERTIFICATE OF SERVICE**

  I, Elvis Gonzalez, an attorney, certify that on August 24, 2011, I caused the attached **Agreed Motion to Extend Time** to be filed and uploaded to the CM/ECF system, which will send electronic notification of persons listed on the accompanying Notice.


                /s/ Elvis D. Gonzalez_____