UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Rebecca Francescatti
                  Plaintiff,

v.                                              Case No.: 1:11–cv–05270
                                                Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Defendant's agreed motion for extension of time to answer [10] is granted. Defendant to answer or otherwise plead by 9/29/2011. Status hearing set for 10/4/2011 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.