**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11-cv-05270 |
|---|---|
| REBECCA FRANCESCATTI, Plaintiff, v. STEFANI JOANNE GERMANOTTA, a.k.a. "Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Universal Music Group, Inc. and Interscope Records

| NAME (Type or print) |
|---|
| Christopher B. Lay |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher B. Lay |
| FIRM |
| Jenner & Block LLP |
| STREET ADDRESS |
| 353 N. Clark Street |
| CITY/STATE/ZIP |
| Chicago, IL  60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6295183 | (312) 840-7295 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐