**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, an individual, | ) ) ) | CASE NO. 1:11-cv-05270 |
| Plaintiff, | ) ) | Hon. Blanche M. Manning |
| v. | ) ) | Magistrate Judge Jeffrey T. Gilbert |
| STEFANI JOANNE GERMANOTTA, an individual, a.k.a. "Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Christopher W. Niro          Elvis D Gonzalez
      William L. Niro              Elvis D. Gonzalez, Ltd.
      Niro, Haller & Niro          70 West Madison Street, #5050
      181 W. Madison St., Suite 4600   Chicago, IL 60602
      Chicago, IL 60602            (312) 558-9779 (tel)
      (312) 236-0733 (tel)         egonzalez@elvisgonzalezltd.com
      (312) 236-3137 (fax)
      cniro@nshn.com
      wniro@nshn.com

   PLEASE TAKE NOTICE that on September 8, 2011 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Blanche M. Manning at the U.S. District Court for the Northern District of Illinois at 219 South Dearborn, Room 1019, Chicago, Illinois, and shall then and there present Defendants Universal Music Group, Inc. ("UMG") and Interscope Records' ("Interscope") Agreed Motion For Extension Of Time, a copy of which is attached hereto and hereby served upon you.

                                Respectfully Submitted,

                                UNIVERSAL MUSIC GROUP, INC. AND
                                INTERSCOPE RECORDS

                             By: /s/ Christopher B. Lay
                                Andrew H. Bart
                                JENNER & BLOCK LLP

919 Third Avenue
New York, NY 10022-3902
(212) 891-1600 (tel)
(212) 891-1699 (fax)

Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350 (tel)
(312) 527-0484 (fax)

2