**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Rebecca Francescatti

                      Plaintiff,

v.                                                Case No.: 1:11−cv−05270
                                                Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 8, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Application by Andrew H. Bart to appear pro hac vice [15] is granted. Defendants' agreed motion for extension of time to 9/30/2011 to answer or otherwise plead [16] is granted.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.