Rebecca Francescatti
                      Plaintiff,

v.                                                   Case No.: 1:11−cv−05270
                                                   Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 20, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Applications for Charles Ortner [21] and for Sandra A. Crawshaw−Sparks [22] to appear pro hac vice are granted.Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.