# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual, | ) ) CASE NO. 1:11-cv-05270 |
| Plaintiff, | ) ) Hon. Blanche M. Manning |
| v. | ) ) Magistrate Judge Jeffrey T. Gilbert |
| STEFANI JOANNE GERMANOTTA, an individual, a.k.a. "Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF UMG RECORDINGS, INC.

Pursuant to Fed. R. Civ. P. 7.1, UMG Recordings, Inc. states that the following indirect parent corporation has publicly traded securities: Vivendi, S.A.

Dated: September 29, 2011

Respectfully submitted

 /s/ Andrew H. Bart
Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3902

Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456

*Attorneys for Defendant UMG Recordings, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF UMG RECORDINGS, INC.** was served this 29th day of September, 2011 upon the following via the CM/ECF system:

Christopher W. Niro
William L. Niro
Niro, Haller & Niro
181 W. Madison St., Suite 4600
Chicago, IL 60602
(312) 236-0733 (tel)
(312) 236-3137 (fax)
cniro@nshn.com
wniro@nshn.com

Catherine J. Spector
Steven Ross Gilford
Proskauer Rose LLP (70W)
70 West Madison, Suite 3800
Chicago, IL 60602-4342
(312) 962-3550 (tel)
(312) 962-3551 (fax)
cspector@proskauer.com
sgilford@proskauer.com

Charles B Ortner
Sandra A. Crawshaw-Sparks
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000 (tel)
cortner@proskauer.com
scrawshaw@proskauer.com

Elvis D Gonzalez
Elvis D. Gonzalez, Ltd.
70 West Madison Street, #5050
Chicago, IL 60602
(312) 558-9779 (tel)
egonzalez@elvisgonzalezltd.com

Bryan Eliot Curry
John Joseph Bullaro, Jr.
Bullaro & Carton, P.C.
200 North LaSalle Street, Suite 2420
Chicago, IL 60601
(312)831-1000 (tel)
(312) 831-0647 (fax)
bcurry@bullarocarton.com
jbullaro@bullarocarton.com

By: /s/ Andrew H. Bart
Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3902
212-891-1600 (tel)
212-891-1699 (fax)