Rebecca Francescatti
                              Plaintiff,

v.                                                 Case No.: 1:11−cv−05270
                                                           Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Status hearing set for 10/4/2011 is reset to 12/6/2011 at 11:00 AM. This case is referred to Magistrate Judge Gilbert for discovery supervision, ruling on all nondispositive pretrial motions, as well as settlement discussions at the appropriate time.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.