

# United States District Court
# Northern District of Illinois

In the Matter of

Rebecca Francescatti            Magistrate Judge Jeffrey T. Gilbert

v.            Case No. 11-CV-05270

Stefani Joanne Germanotta, et al.

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

   The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Jeffrey T. Gilbert, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

                                   **Judge Blanche M. Manning**

Date: Tuesday, October 04, 2011

---

### ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Jeffrey T. Gilbert

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

                                   **Chief Judge James F. Holderman**

Dated: Tuesday, October 04, 2011

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

- Discovery Supervision

- Discovery Conference under Rule 26(f)

- Settlement Conference

- Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

EXCEPTIONS OR ADDITIONS:
All nondispositive pretrial motions