## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Rebecca Francescatti
                            Plaintiff,

v.                                         Case No.: 1:11−cv−05270
                                                Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 5, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert for discovery motions, discovery supervision and settlement. Status hearing set for 10/18/11 at 9:45 a.m. in Courtroom 1386. Parties shall deliver a copy of the initial status report to chambers, Room 1366, two business days before the initial status hearing. The parties are directed to review and to comply with Judge Gilbert's Standing Order for Initial Status Report. Copies are available in chambers or through Judge Gilbert's web page at www.ilnd.uscourts.gov. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.