Rebecca Francescatti
                                        Plaintiff,

v.                                       Case No.: 1:11−cv−05270
                                         Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2011:

MINUTE entry before Honorable Jeffrey T. Gilbert: Status hearing held. The Court sets the following briefing schedule on at least certain Defendants' request that discovery on liability and damages be bifurcated: Defendants shall, to the extent possible, file a joint brief on the bifurcation issue on or before 10/26/11. Any Defendant whose position differs from the others also shall file his or its brief on that issue on the same date. Plaintiff shall respond on or before 11/1/11. Hearing set for 11/4/11 at 9:30 a.m. Prior to that time, the parties also shall confer about the timing of a Rule 26 conference to be held as soon as practicable after the hearing on 11/4/11 and submission of a discovery plan to the Court. Out−of−town counsel may appear by phone and shall provide contact information to the Court's courtroom deputy prior to the 11/4/11 hearing if they desire to participate by phone. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.