## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Rebecca Francescatti
                                     Plaintiff,

v.                                              Case No.: 1:11−cv−05270
                                                         Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, November 4, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Hearing held on Defendants' request in the Initial Joint Status Report [34] that the Court bifurcate discovery concerning liability and damages. For the reasons stated in open court, Defendants#039; request is denied. The parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and submit a proposed discovery plan on or before 11/21/11. As discussed in court this morning, the discovery plan should provide for the sequencing or staging of written and oral discovery, with fact and expert discovery concerning liability generally to proceed before full−blown damages discovery, except that that parties may serve and respond to written discovery concerning damages in the initial phase of written discovery. To the extent that a party objects to responding to or producing information in response to written discovery concerning damages, however, the Court will deal with any such objections in context at that time, with the background provided by this mornings hearing and the parties respective pre−hearing submissions on the bifurcation issue. In the event that all matters concerning the proposed discovery plan are not agreed, the parties shall outline the nature of their disagreement(s) in their joint filing (i.e., stating Plaintiffs position and Defendant(s)' position(s)). Rule 16 conference for the purpose of entering a discovery timetable is set for 11/30/11 at 2:00 p.m. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.