IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STEFANI JOANNE GERMANOTTA, an individual, a.k.a."Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual, <br><br> Defendants. | Case No. 1:11-cv-5270 <br><br> JURY TRIAL DEMANDED <br><br> Judge Blanche M. Manning <br> Mag. \|Judge Jeffrey T. Gilbert |

## **REPORT OF PARTIES' PLANNING MEETING**

1. **Meeting**. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on November 8, 2011 by telephone conference call, at the offices of the respective parties' counsel and was attended by:

    a.    On behalf of Plaintiff, Rebecca Francescatti:

        William L. Niro
        Christopher W. Niro
        NIRO, HALLER & NIRO

    b.    On behalf of Defendant, Stefani Joanne Germanotta:

        Sandra A. Crawshaw-Sparks
        Dolores F. DiBella
        PROSKAUER ROSE LLP

    c.    On behalf of UMG Recordings, Inc. (Universal Music Group, Inc. and Interscope Records):

        Andrew H. Bart
        JENNER & BLOCK LLP

    d.    On behalf of DJ White Shadow, LLC:

        Elvis D. Gonzalez
        Elvis Gonzalez, Ltd.

    e.    On behalf of Brian Joseph Gaynor:

        Bryan E. Curry
        BULLARO & CARTON PC

2. **Initial Disclosures.** The parties will exchange by December 2, 2011 the Initial Disclosures required by Rule 26(a)(1).

The Parties' First Sets of Interrogatories and Document Requests are to be served by December 31, 2011. Responses to those Interrogatories and Document Requests are due January 30, 2012. Depositions are to be scheduled and taken beginning February 1, 2012 and completed by May 30, 2012.

3. **Amended Pleadings.** The deadline for amending pleadings shall be December 31, 2011.

4. **Pre-Trial Schedule**. The parties jointly propose to the Court the following phased discovery plan:

    a.    In the first phase, discovery will be needed on the following subjects:

        (1)    Plaintiff will seek discovery in connection with:

            (a)    The alleged independent creation, composition and writing of the song "Judas" by Stefani Germanotta and Nadir Khayat d/b/a Red One.

            (b)    The involvement of Stefani Germanotta in the creation, composition, writing, recording and performance of the song "Judas."

(c) The involvement of DJ White Shadow, LLC in the creation, composition, writing, recording and performance of the song "Judas."

(d) The involvement of Paul Blair in the creation, composition, writing, recording and performance of the song "Judas."

(e) The involvement of Bryan Gaynor in the creation, composition, writing, recording and performance of the song "Juda" and the Defendants' song "Judas."

(f) Terms of the business relationship between Stefani Germanotta and other Defendants, including Nadir Khayat d/b/a Red One.

(g) Writer/Publisher Agreements.

(h) Unit sales, gross revenue received, and royalty payments made to Stefani Germanotta from various sources for the song "Judas" and the album "Born This Way."

(2) Defendants do not waive any right to object to the production of any document, tangible thing, information or witness identified in the section above by Plaintiff.

In the initial phase of liability discovery, Defendants will seek discovery on the following: documents, materials, and communications evidencing Defendant Germanotta's independent creation of "Judas"; documents, materials, and communications evidencing no involvement by Defendant Gaynor, Defendant DJ White Shadow, and/or Paul Blair in the creation, composition,

- 3 -

writing, and recording of the song "Judas"; documents and communications concerning or evidencing Plaintiff's alleged authorship and/or creation of "Juda"; documents concerning and disputing Defendant Germanotta's alleged access to "Juda"; documents concerning Plaintiff's copyright registrations and renewals of registration, in the United States or any other country or jurisdiction, for "Juda"; documents and communications concerning use, ownership, licensing, publishing, reproduction, exploitation, display or distribution of "Juda"; documents and communications concerning Plaintiff's first discovery of "Judas" and any objection thereto; documents and communications concerning any efforts by Plaintiff, or any efforts undertaken on Plaintiff's behalf, to investigate, detect, learn about, monitor and/or remedy any alleged copyright infringement of "Juda"; documents concerning each instance in which "Juda" or any of Plaintiff's Works have been the subject of a claim or litigation; documents and communications concerning any instance in which "Juda", or media or materials embodying "Juda", has/have been used, licensed, published, reproduced, exploited, displayed or distributed, without Plaintiff's consent and/or without payment or credit to Plaintiff; and documents concerning Defendants' affirmative defenses, including but not limited to, documents evidencing no musicological similarity between "Judas" and "Juda". Defendants also intend to rely upon documents obtained

in discovery from other third-parties and/or documents generated or produced by any testifying expert retained by Plaintiff or Defendants, who will be separately identified in accordance with the Scheduling Order in this case. Defendants reserve their rights concerning discovery to be conducted on the damages phase of this case.

    b.    All liability fact discovery commenced in time to be completed by May 30, 2012. All liability expert discovery commenced in time to be completed by July 16, 2012, on the schedule outlined in Paragraph 4(d) below.

    c.    Plaintiff expects to take at least four to six depositions.

    Defendants expect to take at least seven to ten depositions.

    d.    Liability expert discovery will commence during fact discovery period. Reports from retained liability experts under Rule 26(a)(2) due:

        (1)    Liability expert reports from plaintiff by April 16, 2012.

        (2)    Rebuttal liability expert reports from defendants by May 15, 2012.

        (3)    Reply liability expert reports from plaintiff by May 30, 2012.

        (4)    Reply liability expert reports from defendants by June 15, 2012.

        (5)    Deposition of liability experts to be completed by July 16, 2012.

    e.    Damage discovery and pretrial dates shall be set after decision on dispositive motions.

    5.    **Dispositive Motions.**  All potentially dispositive motions on liability to be filed by August 15, 2012.

    6.    **Settlement**.  The parties believe that settlement discussions will be most productive after initial discovery responses are received and documents are produced by the

parties.  The parties agree to maintain an open dialogue on settlement possibilities and will seek assistance of the Court when deemed necessary.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher W. Niro | /s/ Sandra A. Crawshaw-Sparks |
| William L. Niro | Charles B. Ortner |
| Christopher W. Niro | Sandra A. Crawshaw-Sparks |
| NIRO, HALLER & NIRO | Dolores F. DiBella |
| 181 W. Madison, Suite 4600 | PROSKAUER ROSE LLP |
| Chicago, IL 60602 | Eleven Times Square |
| (312) 236-0733 | New York, NY 10036 |
| Fax: (312) 236-3137 | Tel:  (212) 969-3000 |
| wniro@nshn.com | Fax:  (212) 969-2900 |
| cwn@nshn.com | cortner@proskauer.com |
| *Attorneys for Plaintiff, Rebecca Francescatti* | scrawshaw@proskauer.com |
| | ddibella@proskauer.com |
| | *Attorneys for Stefani Joanne Germanotta* |
| /s/ Andrew H. Bart | /s/ Elvis D. Gonzalez |
| Andrew H. Bart | Elvis D. Gonzalez |
| JENNER & BLOCK LLP | ELVIS GONZALEZ, LTD. |
| 919 Third Avenue – 37th Floor | Three First National Plaza |
| New York, NY 10022-3908 | 70 West Madison St., Suite 5050 |
| Tel:  (212) 891-1600 | Chicago, IL 60602 |
| Fax:  (212) 891-1699 | Tel:  (312) 558-9779 |
| abart@jenner.com | Fax:  (312) 276-8119 |
| *Attorneys for UMG Recordings, Inc.* | egonzalez@elvisgonzalezltd.com |
| | *Attorney for DJ White Shadow, LLC* |

 /s/ Bryan E. Curry
Bryan E. Curry
BULLARO & CARTON PC
200 North LaSalle St., Suite 2420
Chicago, IL 60601
Tel:  (312) 831-1000
Fax:  (312) 831-0647
bcurry@bullarocarton.com
*Attorneys for Brian Joseph Gaynor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 21, 2011, the foregoing

### REPORT OF PARTIES' PLANNING MEETING

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:    (312) 962-3550
Fax:   (312) 962-3551
sgilford@proskauer.com
cspector@proskauer.com

Charles Ortner
Sandra A. Crawshaw-Sparks
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:    (212) 969-3000
Fax:   (212) 969-2900
cortner@proskauer.com
scrawshaw@proskauer.com
***Attorneys for Stefani Joanne Germanotta***


John J. Bullaro, Jr.
Bryan E. Curry
BULLARO & CARTON PC
200 North LaSalle St., Suite 2420
Chicago, IL 60601
Tel:    (312) 831-1000
Fax:   (312) 831-0647
jbullaro@bullarocarton.com
bcurry@bullarocarton.com
***Attorneys for Brian Joseph Gaynor***

Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:    (312) 840-7295
Fax:   (312) 840-7395
clay@jenner.com

Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue – 37th Floor
New York, NY 10022-3908
Tel:    (212) 891-1600
Fax:   (212) 891-1699
abart@jenner.com
***Attorneys for UMG Recordings, Inc.***

Elvis D. Gonzalez
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison St., Suite 5050
Chicago, IL 60602
Tel:    (312) 558-9779
Fax:   (312) 276-8119
egonzalez@elvisgonzalezltd.com
***Attorney for DJ White Shadow, LLC***


    /s/ Christopher W. Niro
    Attorneys for Rebecca Francescatti