UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Rebecca Francescatti
                                        Plaintiff,

v.                                              Case No.: 1:11−cv−05270
                                               Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, November 23, 2011:

       MINUTE entry before Honorable Jeffrey T. Gilbert: The Court has reviewed the Report of the Parties' Planning Meeting [42] filed on 11/21/11 and is prepared to enter the agreed discovery schedule suggested by the parties. Accordingly, there appears to be no need for the Rule 16 conference previously scheduled for 11/30/11 at 2:00 p.m. The Court's courtroom deputy has received inquiry from at least one out of town counsel as to whether he should plan to attend the 11/30/11 conference in person. Unless a party objects, the Court is prepared to strike the Rule 16 conference scheduled for 11/30/11 and schedule a status conference for mid−February 2012, after responses to written discovery are due to be served. If any party believes that the Rule 16 conference should proceed as scheduled, however, they shall contact the Court's courtroom deputy by 4 p.m. on Monday, 11/28/11. If the Rule 16 conference proceeds as scheduled, out of town counsel will be permitted to participate by telephone if they so choose. Any counsel that wishes to do so, however, shall provide a telephone number to the Court's courtroom deputy. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.