**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Rebecca Francescatti

                             Plaintiff,

v.                                               Case No.: 1:11−cv−05270
                                                 Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 29, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: The Court has not received any objection to striking the Rule 16(b) conference scheduled for 11/30/11 at 2:00 p.m.. Therefore, the Rule 16(b) conference is stricken and no appearance is necessary. Status hearing set for 2/14/11 at 9:45 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.