**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Rebecca Francescatti
                                Plaintiff,
v.                                         Case No.: 1:11−cv−05270
                                                  Honorable Blanche M. Manning
Stefani Joanne Germanotta, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 30, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: The Court's previous order issued on 11/29/11 [45] is amended to reflect the correct date of 2/14/12 at 9:45 a.m. for the next status hearing before Magistrate Judge Gilbert. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.