**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Rebecca Francescatti
                                  Plaintiff,

v.                                                      Case No.: 1:11–cv–05270
                                                      Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 5, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Status hearing set for 12/6/2011 is reset to 2/16/2012 at 11:00 AM. in light of proceedings before Magistrate Judge Gilbert, with the understanding that the parties are diligently pursuing discovery and are mindful of the dates set by the magistrate judge.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.