# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, | ) |
| | ) |
| | ) |
| | ) No. 1:11-cv-05270 |
| Plaintiff, | ) |
| | ) Honorable Blanche M. Manning |
| v. | ) Magistrate Judge Jeffrey T. Gilbert |
| | ) |
| STEFANI JOANNE GERMANOTTA | ) |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) |
| UNIVERSAL MUSIC GROUP, INC., | ) |
| DJ WHITE SHADOW, LLC, and | ) |
| BRIAN JOSEPH GAYNOR, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

### UNOPPOSED MOTION TO WITHDRAW THE *PRO HAC VICE* APPLICATION OF DOLORES F. DIBELLA OR, IN THE ALTERNATIVE, TO WITHDRAW *INSTANTER* APPEARANCE AND REPRESENTATION OF DOLORES F. DIBELLA

Pursuant to Local Rule 83.17 of the Northern District of Illinois, Defendant Stefani Germanotta ("Defendant Germanotta") hereby moves, by and through undersigned counsel, for an order permitting the withdrawal of the *pro hac vice* application of Dolores F. DiBella, or in the alternative, permitting the withdrawal of Dolores F. DiBella as Counsel of Record. In support of this Motion, it is hereby stated:

1. As of December 30, 2011, Dolores F. DiBella will no longer be affiliated with the law firm Proskauer Rose LLP ("Proskauer"). Ms. DiBella desires to withdraw from this action.

2. Defendant Germanotta will continue to be represented by Steven R. Gilford, Catherine J. Spector, Charles B. Ortner, and Sandra A. Crawshaw-Sparks of Proskauer.

3. Because the aforementioned attorneys are continuing their representation of Defendant Germanotta, withdrawal of Ms. DiBella's appearance and representation on behalf of

Defendant Germanotta will not prejudice Defendant Germanotta. Upon withdrawal of Ms. DiBella, four (4) attorneys will remain on record on behalf of Defendant Germanotta in this action.

4. Counsel for the Plaintiff and other Defendants have no objection to the instant motion.

**WHEREFORE**, Defendant Germanotta respectfully requests that this Court grant Ms. DiBella leave to withdraw *instanter* her *pro hac vice* application in this matter or in the alternative, to withdraw her appearance and representation of Defendant Germanotta.

Dated: December 23, 2011

s/ *Catherine J. Spector*
Catherine J. Spector (IL Bar No. 6287459)
Steven R. Gilford (IL Bar No. 3121730)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison, Ste. 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3507
Telephone: (312) 962-3550
Facsimile (312) 962-3551
Email: sgilford@proskauer.com
Email: cspector@proskauer.com
*-and-*
Charles B. Ortner *(admitted pro hac vice)*
Sandra A. Crawshaw-Sparks *(admitted pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: cortner@proskauer.com
Email: scrawshaw@proskauer.com
*Attorneys for Defendant Stefani Germanotta*

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 23rd day of December, 2011.

                                                    s/ *Catherine J. Spector*
                                                    Catherine J. Spector