# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| | ) | |
| | ) | No. 1:11-cv-05270 |
| Plaintiff, | ) | |
| | ) | Honorable Blanche M. Manning |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| STEFANI JOANNE GERMANOTTA | ) | |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 5, 2012, at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, in Courtroom 2125, 219 South Dearborn Street, the courtroom usually occupied by her, and shall then and there present the Unopposed Motion To Withdraw The *Pro Hac Vice* Application Of Dolores F. DiBella Or, In The Alternative, To Withdraw *Instanter* Appearance And Representation Of Dolores F. DiBella.

Dated: December 23, 2011   /s/ Catherine J. Spector
                           Steven R. Gilford (IL Bar No. 3121730)
                           Catherine J. Spector (IL Bar No. 6287459)
                           PROSKAUER ROSE LLP
                           Three First National Plaza
                           70 W. Madison, Ste. 3800
                           Chicago, Illinois 60602-4342
                           Telephone: (312) 962-3507
                           Telephone: (312) 962-3550
                           Facsimile: (312) 962-3551
                           Email: sgilford@proskauer.com
                           Email: cspector@proskauer.com

*-and-*
Charles B. Ortner *(admitted pro hac vice)*
Sandra A. Crawshaw-Sparks *(admitted pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: cortner@proskauer.com
Email: scrawshaw@proskauer.com
*Attorneys for Defendant Stefani Germanotta*

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 23rd day of December, 2011.

              */s/ Catherine J. Spector*
              Catherine J. Spector