

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Elvis D. Gonzalez

FIRM: Elvis Gonzalez, Ltd.

STREET ADDRESS: 70 West Madison Street, Suite 1515

CITY/STATE/ZIP: Chicago, IL 60602

PHONE NUMBER: 312-558-9779

E-MAIL ADDRESS: egonzalez@elvisgonzalezltd.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6280115

If you have previously filed an appearance with this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 11 CV 451 | GT Media, Inc. v. Viva Entertainment, LLC | Dow |
| 11 CV 5270 | Francescatti v. Germanotta, et al. | Manning |
| 10 CV 3909 | Lofton v. Panasonic Pension Plan | Kendall |
| | | |
| | | |
| | | |

Attorney's Signature

12/29/2011
Date