UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Rebecca Francescatti
                                    Plaintiff,

v.                                                           Case No.: 1:11−cv−05270
                                                                  Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2012:

      MINUTE entry before Honorable Blanche M. Manning: Defendant's motion to withdraw motion to appear pro hac vice [39] of Dolores DiBella or, in the alternative, to withdraw instanter appearance and representation of Dolores F. DiBella [48] is granted. Application by Dolores DiBella to appear pro hac vice [39] is denied based on the representations in defendant's motion to withdraw. The parties are reminded to notice all further nondispositive motions before Magistrate Judge Gilbert. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.