# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Rebecca Francescatti
                           Plaintiff,

v.                                                  Case No.: 1:11–cv–05270
                                                     Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2012:

     MINUTE entry before Honorable Jeffrey T. Gilbert: Status and motion hearing held. Plaintiff Francescatti's Motion to Compel the Deposition of Stefani Joanne Germanotta [52] is denied as to the location of Defendant Germanotta's deposition. The deposition shall take place on the date and at the time agreed upon by parties at the offices of Defendant Germanotta's counsel in Century City for the reasons stated on the record. By the close of business on 2/15/12, the parties shall file an agreed motion for entry of a protective order and submit the proposed protective order to Magistrate Judge Gilbert's proposed orders inbox (instructions can be found on the Court's website at www.ilnd.uscourts.gov.) Defendant Germanotta shall produce the documents requested by Plaintiff Francescatti as soon as possible, but no later than 2/20/12. Status hearing set for 4/12/12 at 10:00 a.m. for a report on the progress of discovery. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.