IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STEFANI JOANNE GERMANOTTA, an individual, a.k.a."Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual, <br><br> Defendants. | Case No. 1:11-cv-5270 <br><br> JURY TRIAL DEMANDED <br><br> Judge Blanche M. Manning <br> Mag. Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Tuesday, March 6, 2012 at 9:45 a.m.,** or as soon thereafter as counsel may be heard, the parties shall appear the Honorable Judge Jeffrey T. Gilbert in Room 1386 at 219 S. Dearborn Street, Chicago, Illinois to present an **Plaintiff's Motion to Compel the Deposition of Defendant Stefani Joanne Germanotta**, a copy of which is hereby served upon you.

Respectfully submitted,

    */s/Christopher W. Niro*
William L. Niro
Christopher W. Niro
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Tel.   (312) 236-0733
Fax:   (312) 236-3137
wniro@nshn.com
cniro@nshn.com
***Attorneys for Plaintiff, Rebecca Francescatti***

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2012 the foregoing

NOTICE OF MOTION

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Steven R. Gilford<br>Catherine J. Spector<br>PROSKAUER ROSE LLP<br>70 West Madison St., Suite 3800<br>Chicago, IL 60602<br>Tel: (312) 962-3550<br>Fax: (312) 962-3551<br>sgilford@proskauer.com<br>cspector@proskauer.com | Christopher B. Lay<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel: (312) 840-7295<br>Fax: (312) 840-7395<br>clay@jenner.com |
| Charles Ortner<br>Sandra A. Crawshaw-Sparks<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>cortner@proskauer.com<br>scrawshaw@proskauer.com<br>***Attorneys for Stefani Joanne Germanotta*** | Andrew H. Bart<br>JENNER & BLOCK LLP<br>919 Third Avenue – 37th Floor<br>New York, NY 10022-3908<br>Tel: (212) 891-1600<br>Fax: (212) 891-1699<br>abart@jenner.com<br>***Attorneys for UMG Recordings, Inc.*** |
| John J. Bullaro, Jr.<br>Bryan E. Curry<br>BULLARO & CARTON PC<br>200 North LaSalle St., Suite 2420<br>Chicago, IL 60601<br>Tel: (312) 831-1000<br>Fax: (312) 831-0647<br>jbullaro@bullarocarton.com<br>bcurry@bullarocarton.com<br>***Attorneys for Brian Joseph Gaynor*** | Elvis D. Gonzalez<br>ELVIS GONZALEZ, LTD.<br>Three First National Plaza<br>70 West Madison St., Suite 1515<br>Chicago, IL 60602<br>Tel: (312) 558-9779<br>Fax: (312) 276-8119<br>egonzalez@elvisgonzalezltd.com<br>***Attorney for DJ White Shadow, LLC*** |

                                                 */s/Christopher W. Niro*
                                                 Attorneys for Rebecca Francescatti