**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Rebecca Francescatti

                          Plaintiff,

v.                                        Case No.: 1:11–cv–05270
                                                       Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 2, 2012:

      MINUTE entry before Honorable Jeffrey T. Gilbert: The hearing on Plaintiff's Motion to Compel [60] set for 3/6/12 at 9:45 a.m. is reset to 3/6/12 at 9:15 a.m. during Magistrate Judge Gilbert's regular motion call. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.