## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division


Rebecca Francescatti

                Plaintiff,

v.
                                        Case No.: 1:11–cv–05270
                                        Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 6, 2012:


        MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held. Plaintiff's Motion to Compel the Deposition of Defendant Stefani Joanne Germanotta [60] is moot because the parties have agreed to a date certain for that deposition in July 2012. Plaintiff Francescatti argues that she cannot take the deposition during the first week of March as previously scheduled because of some delay with Defendants' production of documents and Defendant Germanotta argues that it would be unduly burdensome for her to reschedule the deposition before the now agreed–upon July date for the reasons presented in open court. Although the Court is reluctant to push–off the deposition for such an extended period of time, it will do so in the absence of objection from any party to this case and with the understanding that other discovery will proceed during the interim time period. Accordingly, Defendant Germannotta's deposition shall proceed on the newly–agreed date. The parties requested that the previous discovery schedule set by the Court on 11/21/11 be modified to accommodate the newly–confirmed deposition date. The Court enters the amended discovery schedule as follows: Fact discovery shall close on or before 9/4/12. Expert discovery shall close on or before 10/22/12. Plaintiff's liability expert reports are due on or before 7/23/12. Rebuttal liability expert reports are due on or before 8/20/12. Plaintiff's reply liability expert reports are due on or before 9/4/12. Defendants' reply liability expert reports are due on or before 9/20/12. The depositions of liability experts shall be completed on or before 10/22/12. Status hearing set for 5/17/12 at 9:45 a.m. for a report on how discovery is proceeding. The Court recognizes that this date is not the date discussed on the record this morning. Upon further reflection, however, the Court set this date rather than the later date discussed in Court so that it can more closely monitor the progress of discovery. If the parties have a scheduling conflict with this date, they shall contact the Court's courtroom deputy to reschedule. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.