UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, <br><br> Plaintiff, <br><br> v. <br><br> STEFANI JOANNE GERMANOTTA p/k/a LADY GAGA, INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, <br><br> Defendants. | No. 1:11-cv-05270 <br><br> Honorable Blanche M. Manning <br> Magistrate Judge Jeffrey T. Gilbert <br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 6, 2012, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeffrey T. Gilbert, in Courtroom 1386, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present the Joint Motion to Extend Discovery Deadlines, a copy of which is attached hereto and hereby served upon you.

Dated: August 30, 2012

/s/ *Catherine J. Spector*
Steven R. Gilford (IL Bar No. 3121730)
Catherine J. Spector (IL Bar No. 6287459)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison, Ste. 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3507
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email: sgilford@proskauer.com
Email: cspector@proskauer.com

*-and-*

Charles B. Ortner *(admitted pro hac vice)*
Sandra A. Crawshaw-Sparks  *(admitted pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: cortner@proskauer.com
Email: scrawshaw@proskauer.com
*Attorneys for Defendant Stefani Germanotta*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 30th day of August, 2012.

                                                                       /s/ *Catherine J. Spector*
                                                                       Catherine J. Spector