## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rebecca Francescatti

                    Plaintiff,

v.                                          Case No.: 1:11–cv–05270
                                            Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 7, 2012:

        MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held on 9/6/12. The parties' Joint Motion to Extend Discovery Deadlines [71] is granted. For the reasons stated in the parties' Joint Motion, the Court finds there is good cause to extend the fact discovery deadline to 11/5/12. The Court enters the following amended schedule on liability expert discovery: rebuttal liability expert reports shall be served on or before 9/7/12. Plaintiff's reply liability reports shall be served on or before 9/22/12. Defendants' reply liability expert reports shall be served on or before 10/9/12 and depositions of liability experts shall be completed on or before 11/21/12. The status hearing set for 9/11/12 at 10:15 a.m. is stricken and reset to 12/4/12 at 9:45 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.