# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-05270 |
| | ) | |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| STEFANI JOANNE GERMANOTTA | ) | Magistrate Judge Jeffrey T. Gilbert |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | ECF CASE |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, October 30, 2012, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Magistrate Judge Jeffrey T. Gilbert, in Courtroom 1386, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present the Joint Motion For An Extension Of The Time To Complete Liability Expert Depositions.

Dated: October 25, 2012

| | |
|---|---|
| /s/Christopher W. Niro<br>William L. Niro<br>Christopher W. Niro<br>NIRO, HALLER & NIRO<br>181 W. Madison, Suite 4600<br>Chicago, IL 60602<br>Tel:  (312) 236-0733<br>wniro@nshn.com<br>cniro@nshn.com<br>***Attorneys for Plaintiff, Rebecca Francescatti*** | /s/Catherine J. Spector<br>Charles Ortner<br>Sandra A. Crawshaw-Sparks<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Tel:  (212) 969-3000<br>cortner@proskauer.com<br>scrawshaw@proskauer.com<br><br>Steven R. Gilford<br>Catherine J. Spector<br>PROSKAUER ROSE LLP<br>70 West Madison St., Suite 3800<br>Chicago, IL 60602<br>Tel:  (312) 962-3550<br>sgilford@proskauer.com<br>cspector@proskauer.com<br>***Attorneys for Stefani Joanne Germanotta*** |
| /s/Elvis D. Gonzalez<br>Elvis D. Gonzalez<br>ELVIS GONZALEZ, LTD.<br>Three First National Plaza<br>70 West Madison St., Suite 1515<br>Chicago, IL 60602<br>Tel:  (312) 558-9779<br>egonzalez@elvisgonzalezltd.com<br>***Attorney for DJ White Shadow, LLC*** | /s/Bryan E. Curry<br>John J. Bullaro, Jr.<br>Bryan E. Curry<br>BULLARO & CARTON PC<br>200 North LaSalle St., Suite 2420<br>Chicago, IL 60601<br>Tel:  (312) 831-1000<br>jbullaro@bullarocarton.com<br>bcurry@bullarocarton.com<br>***Attorneys for Brian Joseph Gaynor*** |

| | |
|---|---|
|     */s/Andrew H. Bart*<br>Christopher B. Lay<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel:   (312) 840-7295<br>clay@jenner.com<br><br>Andrew H. Bart<br>JENNER & BLOCK LLP<br>919 Third Avenue – 37th Floor<br>New York, NY 10022-3908<br>Tel:   (212) 891-1600<br>abart@jenner.com<br>***Attorneys for UMG Recordings, Inc.*** | |

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 25th day of October, 2012.

                */s/ Catherine J. Spector*
                Catherine J. Spector