## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rebecca Francescatti

                         Plaintiff,

v.                                         Case No.: 1:11–cv–05270
                                                Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 26, 2012:

       MINUTE entry before Honorable Jeffrey T. Gilbert: The parties' Joint Motion for an Extension of Time to Complete Liability Expert Depositions [79] is granted. Depositions of liability experts shall be completed on or before 1/25/13. Hearing set for 10/30/12 at 9:15 a.m. is stricken and no appearance is necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.