IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE GERMANOTTA, an individual, a.k.a."Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual,<br><br>Defendants. | Case No. 1:11-cv-5270<br><br>JURY TRIAL DEMANDED<br><br>Judge Blanche M. Manning<br>Mag. Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Thursday, November 29, 2012 at 9:15 a.m.,** or as soon thereafter as counsel may be heard, the parties shall appear the Honorable Judge Jeffrey T. Gilbert in Room 1386 at 219 S. Dearborn Street, Chicago, Illinois to present **Plaintiff's Motion to Compel Discovery,** a copy of which is hereby served upon you.

Respectfully submitted,

*/s/ William L. Niro*
William L. Niro
Christopher W. Niro
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Tel.  (312) 236-0733
Fax:  (312) 236-3137
wniro@nshn.com
cniro@nshn.com
***Attorneys for Plaintiff, Rebecca Francescatti***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2012 the foregoing

## NOTICE OF MOTION

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:    (312) 962-3550
Fax:    (312) 962-3551
sgilford@proskauer.com
cspector@proskauer.com

Charles Ortner
Sandra A. Crawshaw-Sparks
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:    (212) 969-3000
Fax:    (212) 969-2900
cortner@proskauer.com
scrawshaw@proskauer.com
***Attorneys for Stefani Joanne Germanotta***


John J. Bullaro, Jr.
Bryan E. Curry
BULLARO & CARTON PC
200 North LaSalle St., Suite 2420
Chicago, IL 60601
Tel:    (312) 831-1000
Fax:    (312) 831-0647
jbullaro@bullarocarton.com
bcurry@bullarocarton.com
***Attorneys for Brian Joseph Gaynor***

Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:    (312) 840-7295
Fax:    (312) 840-7395
clay@jenner.com

Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue – 37th Floor
New York, NY 10022-3908
Tel:    (212) 891-1600
Fax:    (212) 891-1699
abart@jenner.com
***Attorneys for UMG Recordings, Inc.***

Elvis D. Gonzalez
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison St., Suite 1515
Chicago, IL 60602
Tel:    (312) 558-9779
Fax:    (312) 276-8119
egonzalez@elvisgonzalezltd.com
***Attorney for DJ White Shadow, LLC***


    */s/ William L. Niro*
    Attorneys for Rebecca Francescatti