IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE GERMANOTTA, an individual, a.k.a."Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual,<br><br>Defendants. | Case No. 1:11-cv-5270<br><br>JURY TRIAL DEMANDED<br><br>Judge Blanche M. Manning<br>Mag. Judge Jeffrey T. Gilbert |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, Rebecca Francescatti ("Francescatti" or "Plaintiff") respectfully moves this Court for leave to file her Motion to Compel Discovery to Defendant Stefani Joanne Germanotta and Exhibits 5 and 7 thereto under seal.

The parties to this proceeding are subject to the Stipulated Protective Order (Dkt. No. 56), which was entered by the Court on February 15, 2012 and provides, among other things, that if a party wishes to use any confidential information in Court papers, such confidential information would be filed or disclosed under seal. Protective Order at ¶3. Exhibit 5 submitted herein was designated "Confidential" by Defendant Germanotta and Exhibit 7 has been designated by Deponent as "Highly Confidential" by the parties.

Therefore, Plaintiff respectfully requests leave to file the Motion to Compel Discovery and Exhibit Nos. 5 and 7 to Plaintiff's Motion under seal with the Court

Respectfully submitted,

*/s/ William L. Niro*
William L. Niro (wniro@nshn.com)
Christopher W. Niro (cniro@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Tel.    (312) 236-0733
***Attorneys for Plaintiff, Rebecca Francescatti***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2012 the foregoing

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:   (312) 962-3550
Fax:   (312) 962-3551
sgilford@proskauer.com
cspector@proskauer.com

Charles Ortner
Sandra A. Crawshaw-Sparks
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000
Fax:   (212) 969-2900
cortner@proskauer.com
scrawshaw@proskauer.com
***Attorneys for Stefani Joanne Germanotta***


John J. Bullaro, Jr.
Bryan E. Curry
BULLARO & CARTON PC
200 North LaSalle St., Suite 2420
Chicago, IL 60601
Tel:   (312) 831-1000
Fax:   (312) 831-0647
jbullaro@bullarocarton.com
bcurry@bullarocarton.com
***Attorneys for Brian Joseph Gaynor***

Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:   (312) 840-7295
Fax:   (312) 840-7395
clay@jenner.com

Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue – 37th Floor
New York, NY 10022-3908
Tel:   (212) 891-1600
Fax:   (212) 891-1699
abart@jenner.com
***Attorneys for UMG Recordings, Inc.***


Elvis D. Gonzalez
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison St., Suite 1515
Chicago, IL 60602
Tel:   (312) 558-9779
Fax:   (312) 276-8119
egonzalez@elvisgonzalezltd.com
***Attorney for DJ White Shadow, LLC***


*/s/ William L. Niro*
Attorneys for Rebecca Francescatti