**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-05270 |
| | ) | |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| STEFANI JOANNE GERMANOTTA | ) | Magistrate Judge Jeffrey T. Gilbert |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | ECF CASE |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## DEFENDANT GERMANOTTA'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Paragraph 12 of the February 15, 2012 Agreed Protective Order (Dkt. 57), Defendant Stefani Joanne Germanotta ("Germanotta") moves the Court for permission to file under seal Defendant Stefani Joanne Germanotta's Opposition to Plaintiff's Motion to Compel Discovery and Exhibits 4 and 6 thereto. Redacted public versions of these documents were filed on November 27, 2012 and unredacted copies were delivered to counsel for Plaintiff and chambers on that date. These documents have been designated as, or cite and/or refer to information that has been designated "Confidential" or "Highly Confidential – Attorneys Eyes Only" by the litigants in this matter. Thus, good cause exists to file the document under seal. Defendants respectfully request that the Court permit this document to be filed under seal.

Respectfully submitted,

Dated: November 27, 2012
Los Angeles, California

PROSKAUER ROSE LLP

By: ___*s/Sandra A. Crawshaw-Sparks*___
Charles B. Ortner
Sandra A. Crawshaw-Sparks
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:    (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com

Steven R. Gilford (Bar #3121730)
Catherine J. Spector (Bar #6287459)
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:    (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 27th day of November, 2012.

*/s/ Sandra A. Crawshaw-Sparks*

Sandra A. Crawshaw-Sparks