**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REBECCA FRANCESCATTI, ) | |
| ) | |
| ) | |
| ) | No. 1:11-cv-05270 |
| Plaintiff, ) | |
| ) | Honorable Blanche M. Manning |
| v. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| STEFANI JOANNE GERMANOTTA ) | |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, ) | |
| UNIVERSAL MUSIC GROUP, INC., ) | |
| DJ WHITE SHADOW, LLC, and ) | |
| BRIAN JOSEPH GAYNOR, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, December 4, 2012 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeffrey T. Gilbert, in Courtroom 1386, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Defendant Germanotta's Motion for Leave to File Documents Under Seal, a copy of which is attached hereto and hereby served upon you.

Dated: November 27, 2012    /s/Sandra A. Crawshaw-Sparks
    Charles B. Ortner *(admitted pro hac vice)*
    Sandra A. Crawshaw-Sparks *(admitted pro hac vice)*
    PROSKAUER ROSE LLP
    Eleven Times Square
    New York, New York 10036
    Telephone: (212) 969-3000
    Facsimile: (212) 969-2900
    Email: cortner@proskauer.com
    Email: scrawshaw@proskauer.com
    *Attorneys for Defendant Stefani Germanotta*

*-and-*

Steven R. Gilford (IL Bar No. 3121730)
Catherine J. Spector (IL Bar No. 6287459)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison, Ste. 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3507
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email: sgilford@proskauer.com
Email: cspector@proskauer.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 27th day of November, 2012.

                                             */s/ Sandra A. Crawshaw-Sparks*
                                             Sandra A. Crawshaw-Sparks