# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rebecca Francescatti

                                Plaintiff,

v.                                         Case No.: 1:11–cv–05270
                                                   Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2012:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Plaintiff's Motion for Leave to File Under Seal [85] and Defendant's Motion for Leave to File Documents Under Seal [88] are granted. The hearing on Plaintiff's motion set for 11/29/12 at 9:15 a.m. and Defendant's motion set for 12/4/12 at 9:15 a.m. are stricken. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.