## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rebecca Francescatti

         Plaintiff,

v.               Case No.: 1:11−cv−05270
              Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2012:

  MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held on 11/29/12. Plaintiff's Motion to Compel [83] is entered and continued to 12/5/12 at 8:30 a.m. Status hearing set for 12/4/12 is stricken in light of the continued motion hearing. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.