# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rebecca Francescatti

                    Plaintiff,

v.                                     Case No.: 1:11−cv−05270
                                            Honorable Blanche M. Manning

Stefani Joanne Germanotta, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2012:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held. For the reasons stated on the record, Plaintiff's Motion to Compel [83 and 93] is granted in part and denied in part. Defendant Germanotta shall produce "agreements entered into between Ms. Germanotta and other Defendants, including Paul Blair, p/k/a DJ White Shadow, regarding ongoing business activities" as set forth in Plaintiff's Motion [83 and 93] at p. 5 and the correspondence referenced therein. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.