# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Blanche M. Manning has indicated her intention of taking inactive status; therefore

It is hereby ordered that the Clerk is to reassign the cases on the attached list as indicated to another district judge of this Court.


**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**


*James F. Holderman*
_____
Hon. James F. Holderman, Chief Judge


Dated at Chicago, Illinois this 6th day of December, 2012

| Judge | Case Number | Case Title |
|---|---|---|
| St. Eve | 08 C 1092 | U.S. Data Corp. v. RealSource, Inc., et al. |
| Gottschall | 09 C 3846 | Rios v. Hardy |
| Chang | 09 C 7810 | Williams v. Forest Preserve |
| St. Eve | 09 C 7877 | Huon v. Johnson & Bell |
| Feinerman | 10 C 153 | Mays v. Burlington Northern |
| Bucklo | 10 C 2348 | Wigod v. Wells Fargo |
| Coleman | 10 C 3894 | Watts v. Hodge |
| Shadur | 10 C 4529 | Divane v. Power & Lighting |
| Tharp | 10 C 5486 | Reiff v. Calumet City |
| Kennelly | 11 C 28 | Worthington v. Whole Foods |
| Pallmeyer | 11 C 1972 | Boyce v. Hardy |
| Der-Yeghiayan | 11 C 2951 | McNeal v. Pierce |
| Castillo | 11 C 5232 | Mearday-Carter v. McDonald's |
| Aspen | 11 C 5270 | Francecatti v. Germanotta |
| Gettleman | 11 C 5328 | Simmons, Antoine v. Moreci |
| Nordberg | 11 C 5851 | Dixon v. Hardy |
| Lefkow | 11 C 5903 | Johnson v. Davis |
| Norgle | 11 C 6692 | Butler v. Federal Deposit Insurance |
| Kocoras | 11 C 6860 | Dixon, Lamonte v. Schaefer |
|  | 12 C 344 | Dixon v. Burkybile, et al. |
| Darrah | 11 C 6934 | Essex v. Galilee |
| Lee | 11 C 8871 | Roberts, Nelson L. v. Cook County |
| Kendall | 12 C 2807 | Bennet v. C.H. Robinson |
| Leinenweber | 12 C 4056 | Lagen v. United Continental |
| Guzman | 12 C 4294 | Deutsche Bank. v. Caban |
| Conlon | 12 C 5190 | Fleming v. Chandler |
| Holderman | 12 C 5225 | Deutsche Bank v, Larkin |
| Dow | 12 C 5652 | Garrett v. Scully |
| Zagel | 12 C 6274 | Trustees of the Pension Fund v. CLE Electric |
| Gettleman | 12 C 6425 | West Bend v. Procaccio Painting |