**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-05270 |
| | ) | |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| STEFANI JOANNE GERMANOTTA | ) | Magistrate Judge Jeffrey T. Gilbert |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | ECF CASE |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**DEFENDANT GERMANOTTA'S MOTION TO REDACT HEARING TRANSCRIPT**

Pursuant to Local Rule 5.2(b) of the Local Rules for the United States District Court for the Northern District of Illinois and paragraph 15 of the February 15, 2012 Agreed Protective Order (Dkt. 57), Defendant Stefani Joanne Germanotta ("Germanotta") moves the Court to redact specific portions of the December 5, 2012 Transcript of Proceedings Before the Honorable Jeffrey T. Gilbert, Magistrate Judge (the "Transcript"). A copy of the Transcript with proposed redactions is attached hereto as Exhibit A. The portions of the Transcript Germanotta proposes to redact each cite, discuss, and/or refer to information that has been designated "Confidential" or "Highly Confidential – Attorneys Eyes Only" by the litigants in this matter. Thus, good cause exists to redact the publicly-available version of the Transcript.

Respectfully submitted,

Dated: January 2, 2013

    PROSKAUER ROSE LLP

    By:   */s/ Catherine J. Spector*
    Charles B. Ortner
    Sandra A. Crawshaw-Sparks
    Alexander Kaplan
    Kevin S. Blum
    PROSKAUER ROSE LLP
    Eleven Times Square
    New York, NY 10036
    Tel:    (212) 969-3000
    cortner@proskauer.com
    scrawshaw@proskauer.com
    akaplan@proskauer.com
    kblum@proskauer.com

    Steven R. Gilford (Bar #3121730)
    Catherine J. Spector (Bar #6287459)
    PROSKAUER ROSE LLP
    70 West Madison St., Suite 3800
    Chicago, IL 60602
    Tel:    (312) 962-3550
    sgilford@proskauer.com
    cspector@proskauer.com
    ***Attorneys for Stefani Joanne Germanotta***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 2nd day of January, 2013.

                                                */s/ Catherine J. Spector*
                                                Catherine J. Spector

1075/32261-009 current/33974455v1