# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, ) | |
| ) | |
| ) | No. 1:11-cv-05270 |
| Plaintiff, ) | |
| ) | Honorable Marvin E. Aspen |
| v. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| STEFANI JOANNE GERMANOTTA ) | |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, ) | |
| UNIVERSAL MUSIC GROUP, INC., ) | |
| DJ WHITE SHADOW, LLC, and ) | |
| BRIAN JOSEPH GAYNOR, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 10, 2013 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeffrey T. Gilbert, in Courtroom 1386, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Defendant Germanotta's Motion to Redact Hearing Transcript.

Respectfully submitted,

Dated: January 2, 2013

PROSKAUER ROSE LLP

By:   */s/ Catherine J. Spector*
Charles B. Ortner
Sandra A. Crawshaw-Sparks
Alexander Kaplan
Kevin S. Blum
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com
kblum@proskauer.com

Steven R. Gilford (Bar #3121730)
Catherine J. Spector (Bar #6287459)
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:   (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 2nd day of January, 2013.

      */s/ Catherine J. Spector*
      Catherine J. Spector