UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Rebecca Francescatti
                                            Plaintiff,

v.                                                                      Case No.: 1:11–cv–05270
                                                                                Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 11, 2013:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held on 1/10/13. Defendant's Motion to Redact the Hearing Transcript [103] is granted for the reasons discussed on the record. Status hearing set for 1/29/13 at 10:00 a.m. Off the record discussion held regarding the possibility of a settlement conference. If the parties believe that settlement is a possibility, they shall contact the Court's judicial assistant, Patricia Hagenmaier, at 312–435–5672, to obtain dates the Court has available to conduct a settlement conference. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.