UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:11-cv-05270 |
| v. ) | |
| ) | Honorable Marvin E. Aspen |
| STEFANI JOANNE GERMANOTTA ) | Magistrate Judge Jeffrey T. Gilbert |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, ) | |
| UNIVERSAL MUSIC GROUP, INC., ) | |
| DJ WHITE SHADOW, LLC, and ) | |
| BRIAN JOSEPH GAYNOR, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF THE TIME
TO COMPLETE LIABILITY EXPERT DEPOSITIONS**

Defendants Stefani Joanne Germanotta p/k/a Lady Gaga, Interscope Records, Universal Music Group, Inc., DJ White Shadow, LLC, and Brian Joseph Gaynor ("Defendants" and, together with the Plaintiff, the "Parties"), by and through their undersigned counsel, hereby jointly move (the "Motion") this Court to extend the time for the parties to complete the deposition of Colin McGeehan, Plaintiff's proffered liability expert witness, in the above-captioned case for seven (7) days, up to and including February 1, 2013.[1] In support of this motion, the Parties state as follows:

1.    On October 25, 2012, the Parties filed a Joint Motion for an Extension of Time to Complete Liability Expert Depositions (the "Joint Motion"), requesting that this Court extend the time for the parties to complete expert liability depositions to January 25, 2013. (Docket Entry No. 79.) As the Parties explained in the Joint Motion, this extension of time was necessary due

---

[1]    While Plaintiff's counsel has agreed to reschedule the deposition of Mr. McGeehan for February 1, 2013, Plaintiff's counsel does not agree to the form or filing of this motion. All parties agree that no hearing is necessary in connection with this Motion.

to the large number of experts to be deposed in this matter and the schedule of counsel and those experts. (*Id.*)

2. By an October 26, 2012 order, this Court granted the Joint Motion and extended the time for completion of expert liability depositions to January 25, 2013. (Docket Entry No. 82.)

3. Since that time, the Parties have been working cooperatively to schedule and complete expert depositions. Defendants have deposed two of Plaintiff Francescatti's proffered liability experts, and Plaintiff Francescatti has deposed three of Defendant Germanotta's proffered liability experts. The Parties have scheduled the deposition of one additional proffered liability expert of Defendant Germanotta to take place this week.

4. The deposition of Mr. McGeehan was scheduled for January 15, 2013. Due to Mr. McGeehan's illness, Plaintiff's counsel cancelled the deposition that morning, after counsel for Defendant Germanotta had incurred the time and cost of traveling to Chicago for the deposition. Counsel for Defendant Germanotta requested that the deposition be rescheduled before the time for completion of expert liability depositions, but Plaintiff's counsel represented that Mr. McGeehan was unavailable during that time period. The Parties have been working to reschedule Mr. McGeehan's deposition, and Plaintiff has confirmed that Mr. McGeehan is available on February 1, 2013. Accordingly, the Parties have agreed to extend the deadline for completing Mr. McGeehan's deposition for seven (7) days, so that the Parties may schedule Mr. McGeehan's deposition for February 1, 2013.

5. This Motion for an extension of time is being made in good faith and not for the purpose of hindering or delaying these proceedings.

6. No Party will suffer prejudice if the Court grants this Motion.

7. In light of the circumstances described above, a seven (7) day extension of time to complete Mr. McGeehan's deposition would serve the interests of justice.

WHEREFORE, Defendants respectfully request that this Court grant their joint motion for a seven (7) day extension of time to complete Mr. McGeehan's deposition, up to and including February 1, 2013.

Dated: January 23, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Catherine J. Spector | /s/ Bryan E. Curry |
| Charles Ortner | John J. Bullaro, Jr. |
| Sandra A. Crawshaw-Sparks | Bryan E. Curry |
| Alexander Kaplan | BULLARO & CARTON PC |
| Kevin S. Blum | 200 North LaSalle St., Suite 2420 |
| PROSKAUER ROSE LLP | Chicago, IL 60601 |
| Eleven Times Square | Tel: (312) 831-1000 |
| New York, NY 10036 | jbullaro@bullarocarton.com |
| Tel: (212) 969-3000 | bcurry@bullarocarton.com |
| cortner@proskauer.com | ***Attorneys for Brian Joseph Gaynor*** |
| scrawshaw@proskauer.com | |
| akaplan@proskauer.com | |
| kblum@proskauer.com | |

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

| | |
|---|---|
| /s/ Elvis D. Gonzalez | /s/ Christopher B. Lay |
| Elvis D. Gonzalez | Christopher B. Lay |
| ELVIS GONZALEZ, LTD. | JENNER & BLOCK LLP |
| Three First National Plaza | 353 N. Clark Street |
| 70 West Madison St., Suite 1515 | Chicago, IL 60654 |
| Chicago, IL 60602 | Tel: (312) 840-7295 |

Tel: (312) 558-9779  
egonzalez@elvisgonzalezltd.com  
*Attorney for DJ White Shadow, LLC*

clay@jenner.com

Andrew H. Bart  
JENNER & BLOCK LLP  
919 Third Avenue – 37th Floor  
New York, NY 10022-3908  
Tel: (212) 891-1600  
abart@jenner.com  
*Attorneys for UMG Recordings, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 23rd day of January, 2013.

                */s/ Catherine J. Spector*
                Catherine J. Spector