# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, ) | |
| ) | |
| ) | |
| ) | No. 1:11-cv-05270 |
| Plaintiff, ) | |
| ) | Honorable Marvin E. Aspen |
| v. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| STEFANI JOANNE GERMANOTTA ) | |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, ) | |
| UNIVERSAL MUSIC GROUP, INC., ) | |
| DJ WHITE SHADOW, LLC, and ) | |
| BRIAN JOSEPH GAYNOR, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 24, 2013 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeffrey T. Gilbert, in Courtroom 1386, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Defendants Stefani Joanne Germanotta p/k/a Lady Gaga, Interscope Records, Universal Music Group, Inc., DJ White Shadow, LLC, and Brian Joseph Gaynor's Motion for an Extension of the Time to Complete Liability Expert Depositions.

Dated: January 23, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Catherine J. Spector* | */s/ Bryan E. Curry* |
| Charles Ortner | John J. Bullaro, Jr. |
| Sandra A. Crawshaw-Sparks | Bryan E. Curry |
| Alexander Kaplan | BULLARO & CARTON PC |
| Kevin S. Blum | 200 North LaSalle St., Suite 2420 |
| PROSKAUER ROSE LLP | Chicago, IL 60601 |
| Eleven Times Square | Tel: (312) 831-1000 |
| New York, NY 10036 | jbullaro@bullarocarton.com |
| Tel: (212) 969-3000 | bcurry@bullarocarton.com |
| cortner@proskauer.com | ***Attorneys for Brian Joseph Gaynor*** |
| scrawshaw@proskauer.com | |
| akaplan@proskauer.com | |
| kblum@proskauer.com | |

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:     (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

| | |
|---|---|
| */s/ Elvis D. Gonzalez* | */s/ Christopher B. Lay* |
| Elvis D. Gonzalez | Christopher B. Lay |
| ELVIS GONZALEZ, LTD. | JENNER & BLOCK LLP |
| Three First National Plaza | 353 N. Clark Street |
| 70 West Madison St., Suite 1515 | Chicago, IL 60654 |
| Chicago, IL 60602 | Tel: (312) 840-7295 |
| Tel: (312) 558-9779 | clay@jenner.com |
| egonzalez@elvisgonzalezltd.com | |
| ***Attorney for DJ White Shadow, LLC*** | Andrew H. Bart |
| | JENNER & BLOCK LLP |
| | 919 Third Avenue – 37th Floor |
| | New York, NY 10022-3908 |
| | Tel: (212) 891-1600 |
| | abart@jenner.com |
| | ***Attorneys for UMG Recordings, Inc.*** |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 23rd day of January, 2013.

                                        */s/ Catherine J. Spector*
                                        Catherine J. Spector