## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Rebecca Francescatti

                          Plaintiff,

v.                                               Case No.: 1:11–cv–05270
                                                            Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2013:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Status hearing held on 1/29/13. Defendants intend to file dispositive motion(s) within 30 days of the close of discovery in accordance with Fed.R.Civ.P. 56(b). The last expert desposition is scheduled to be taken on 2/1/13 [109]. No future status hearing date will be set at this time. However if the parties believe that settlement is a possibility in the future, they shall jointly contact the Court's judicial assistant, Patricia Hagenmaier, at 312–435–5672, to obtain dates the Court has available to conduct a settlement conference. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.