# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Rebecca Francescatti

                              Plaintiff,

v.                                          Case No.: 1:11–cv–05270
                                                      Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2013:

      MINUTE entry before Honorable Marvin E. Aspen:Defendants' Motion for leave [111] to file a brief in support of their combined motion for summary judgment in excess of 15 pages and up to 125 pages statements of undisputed fact is granted. Defendants brief in support of their combined motion for summary judgment is not to exceed 30 page The motion hearing scheduled for 2/21/13 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.