## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Rebecca Francescatti
                              Plaintiff,

v.                                                 Case No.: 1:11–cv–05270
                                                        Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2013:

      MINUTE entry before Honorable Marvin E. Aspen: Status hearing set for 3/28/2013 at 10:30 AM., in Courtroom 2525., before Judge Marvin E. Aspen.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.