# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, ) | |
| ) | |
| ) | No. 1:11-cv-05270 |
| Plaintiff, ) | |
| ) | Honorable Marvin E. Aspen |
| v. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| STEFANI JOANNE GERMANOTTA ) | |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, ) | |
| UNIVERSAL MUSIC GROUP, INC., ) | |
| DJ WHITE SHADOW, LLC, and ) | |
| BRIAN JOSEPH GAYNOR, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, March 12, 2013 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, in Courtroom 2568, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Defendants Stefani Joanne Germanotta p/k/a Lady Gaga, Interscope Records, Universal Music Group, Inc., DJ White Shadow, LLC, and Brian Joseph Gaynor's Motion for Summary Judgment.

| | |
|---|---|
| Dated: March 4, 2013 | /s/Catherine J. Spector |
| | Charles B. Ortner *(admitted pro hac vice)* |
| | Sandra A. Crawshaw-Sparks *(admitted pro hac vice)* |
| | Alexander Kaplan *(admitted pro hac vice)* |
| | Kevin S. Blum *(admitted pro hac vice)* |
| | PROSKAUER ROSE LLP |
| | Eleven Times Square |
| | New York, NY 10036 |
| | Tel:  (212) 969-3000 |
| | cortner@proskauer.com |
| | scrawshaw@proskauer.com |
| | akaplan@proskauer.com |
| | kblum@proskauer.com |
| | |
| | Steven R. Gilford |
| | Catherine J. Spector |
| | PROSKAUER ROSE LLP |
| | 70 West Madison St., Suite 3800 |
| | Chicago, IL 60602 |
| | Tel:  (312) 962-3550 |
| | sgilford@proskauer.com |
| | cspector@proskauer.com |
| | ***Attorneys for Stefani Joanne Germanotta*** |

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 4th day of March, 2013.

                                    */s/ Catherine J. Spector*
                                    Catherine J. Spector