UNITED STATES DISTRICT COURT **RECEIVED**
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 0 4 2013

REBECCA FRANCESCATTI,  )
)
)                        THOMAS G BRUTON
)                        CLERK, U S DISTRICT COURT
)   No. 1:11-cv-05270
Plaintiff,  )
)   Honorable Marvin E. Aspen
v.  )   Magistrate Judge Jeffrey T. Gilbert
)
STEFANI JOANNE GERMANOTTA  )
p/k/a LADY GAGA, INTERSCOPE RECORDS,  )
UNIVERSAL MUSIC GROUP, INC.,  )
DJ WHITE SHADOW, LLC, and  )
BRIAN JOSEPH GAYNOR,  )   JURY TRIAL DEMANDED
)
Defendants.  )

### NOTICE OF PAPER FILING

PLEASE TAKE NOTICE that Defendants Stefani Joanne Germanotta p/k/a Lady Gaga,

Interscope Records, Universal Music Group, Inc., DJ White Shadow, LLC, and Brian Joseph

Gaynor have manually filed a paper copy of Exhibits 7, 8 (audio exhibits only), 25 (audio exhibit

only), and 26 (audio exhibit only) to the Statement of Undisputed Facts in Support of

Defendants' Motion for Summary Judgment filed on March 4, 2013 at docket entry 118,

pursuant to General Order 2011-24 of Electronic Case Filing, section VII(C). These documents

were not filed electronically because they are each physical compact discs containing musical

tracks and cannot be filed in electronic format. These documents have been served on all parties

via U.S. mail.

Dated: March 4, 2013                    _/s/Catherine J. Spector_____
                                        Charles B. Ortner *(admitted pro hac vice)*
                                        Sandra A. Crawshaw-Sparks *(admitted pro hac vice)*
                                        Alexander Kaplan *(admitted pro hac vice)*
                                        Kevin S. Blum *(admitted pro hac vice)*

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:    (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com
kblum@proskauer.com

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:    (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 4th day of March, 2013.

/s/ Catherine J. Spector

Catherine J. Spector