**FILED**
MAR 0 4 2013
March 4 2013
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| | ) | No. 1:11-cv-05270 |
| Plaintiff, | ) | |
| | ) | Honorable Marvin E. Aspen |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| STEFANI JOANNE GERMANOTTA p/k/a LADY GAGA, INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF PAPER FILING

PLEASE TAKE NOTICE that Defendants Stefani Joanne Germanotta p/k/a Lady Gaga, Interscope Records, Universal Music Group, Inc., DJ White Shadow, LLC, and Brian Joseph Gaynor have manually filed a paper copy of Exhibits 7, 8 (audio exhibits only), 25 (audio exhibit only), and 26 (audio exhibit only) to the Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment filed on March 4, 2013 at docket entry 118, pursuant to General Order 2011-24 of Electronic Case Filing, section VII(C). These documents were not filed electronically because they are each physical compact discs containing musical tracks and cannot be filed in electronic format. These documents have been served on all parties via U.S. mail.

Dated: March 4, 2013

/s/Catherine J. Spector
Charles B. Ortner *(admitted pro hac vice)*
Sandra A. Crawshaw-Sparks *(admitted pro hac vice)*
Alexander Kaplan *(admitted pro hac vice)*
Kevin S. Blum *(admitted pro hac vice)*

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com
kblum@proskauer.com

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 4th day of March, 2013.

                                                /s/ *Catherine J. Spector*
                                                Catherine J. Spector