# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Rebecca Francescatti

                                       Plaintiff,

v.                                                 Case No.: 1:11–cv–05270

                                                                       Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 6, 2013:

      MINUTE entry before Honorable Marvin E. Aspen:Defendant's Motion for leave to file [121] under seal Defendants statement of undisputed facts in support of defendants' motion for summary judgment and Exhibits 4, 12, 13, 15, 16, 17, 19 (audio exhibits only) 22, 27, (audio exhibits only) 28, (audio exhibits only), and 32 is granted. The motion hearing scheduled for 3/12/13 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.