**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-05270 |
| | ) | |
| v. | ) | |
| | ) | Honorable Marvin E. Aspen |
| STEFANI JOANNE GERMANOTTA | ) | Magistrate Judge Jeffrey T. Gilbert |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO WITHDRAW *INSTANTER* APPEARANCE AND
REPRESENTATION OF KEVIN S. BLUM**

Pursuant to Local Rule 83.17 of the Northern District of Illinois, Defendant Stefani Joanne Germanotta ("Germanotta") hereby moves, by and through the undersigned counsel, for an order permitting the withdrawal of Kevin S. Blum as Counsel of Record. In support of this Motion, it is hereby stated:

1. As of March 15, 2013, Kevin S. Blum is no longer affiliated with the law firm Proskauer Rose LLP ("Proskauer"). Mr. Blum desires to withdraw from this action.

2. Germanotta will continue to be represented by Charles B. Ortner, Sandra A. Crawshaw-Sparks, Steven R. Gilford, Catherine J. Spector, and Alexander Kaplan of Proskauer.

3. Because the aforementioned attorneys are continuing their representation of Germanotta, withdrawal of Mr. Blum's appearance and representation on behalf of Germanotta will not prejudice Germanotta. Upon withdrawal of Mr. Blum, five (5) attorneys will remain on record on behalf of Germanotta in this action.

4. There is no objection to this motion.

**WHEREFORE**, Germanotta respectfully requests that this Court grant Mr. Blum leave to withdraw *instanter* his appearance and representation of Germanotta.

Dated: March 18, 2013                  /s/Catherine J. Spector
                                      Charles B. Ortner *(admitted pro hac vice)*
Sandra A. Crawshaw-Sparks *(admitted pro hac vice)*
Alexander Kaplan *(admitted pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:     (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:     (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

## **CERTIFICATE OF SERVICE**

   I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 18th day of March, 2013.

                   */s/ Catherine J. Spector*
                   Catherine J. Spector