IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE GERMANOTTA, an individual, a.k.a."Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual,<br><br>Defendants. | Case No. 1:11-cv-5270<br><br>JURY TRIAL DEMANDED<br><br>Judge Marvin E. Aspen<br>Mag. Judge Jeffrey T. Gilbert |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF UP TO THIRTY PAGES IN LENGTH AND EXTENSION OF TIME TO RESPOND**

Plaintiff Rebecca Francescatti, by and through the undersigned counsel, hereby respectfully move this Court for an Order permitting her to file a brief in opposition to Defendants' Combined Motion for Summary Judgment (Docket Nos. 117 and 119) that is up to thirty (30) pages in length and for an additional nine (9) days to file her opposition brief. In support thereof, Plaintiff states as follows:

1. Defendants were granted leave to allow them to file a memorandum in support of their motion for summary judgment up to thirty (30) pages and up to 125 facts in their Local Rule 56.1 Statement of Undisputed Facts. (Dkt. Nos. 114 and 118).

2. Plaintiff respectfully asks for the same amount of pages granted to Defendants.

3. Further, because of the length of Defendants filing and Plaintiff's scheduling, Plaintiff also requests nine (9) additional days to file her brief in opposition to Defendants Motion for Summary Judgment. If granted leave, Plaintiff's responsive brief shall be due on April 10, 2013.

4. Accordingly, Defendants shall have the same additional time with which to file a reply in support of their motion. Therefore, Defendants' reply shall be due on or before April 29, 2013.

5. Plaintiff does not file this motion for purposes of delay.

6. Defendants do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests this Court grant her motion and issue an Order permitting her to file a brief in opposition to Defendants Motion for Summary Judgment up to thirty (30) pages in length; allow for the deadline to file her brief be extended to April 10, 2013; and allow for Defendants' Reply to be filed on or before April 29, 2013.

Respectfully submitted,

/s/ *Christopher W. Niro*
William L. Niro
Christopher W. Niro
Ashley E. LaValley
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Tel. (312) 236-0733
Fax: (312) 236-3137
wniro@nshn.com
cniro@nshn.com
alavalley@nshn.com
**Attorneys for Plaintiff, Rebecca Francescatti**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2013 the foregoing

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF UP TO THIRTY PAGES IN LENGTH AND EXTENSION OF TIME TO RESPOND**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:   (312) 962-3550
Fax:   (312) 962-3551
sgilford@proskauer.com
cspector@proskauer.com

Charles Ortner
Sandra A. Crawshaw-Sparks
Alexander Kaplan
Kevin S. Blum
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000
Fax:   (212) 969-2900
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com
kblum@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

John J. Bullaro, Jr.
Bryan E. Curry
BULLARO & CARTON PC
200 North LaSalle St., Suite 2420
Chicago, IL 60601
Tel:   (312) 831-1000
Fax:   (312) 831-0647
jbullaro@bullarocarton.com
bcurry@bullarocarton.com
***Attorneys for Brian Joseph Gaynor***

Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:   (312) 840-7295
Fax:   (312) 840-7395
clay@jenner.com

Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue – 37th Floor
New York, NY 10022-3908
Tel:   (212) 891-1600
Fax:   (212) 891-1699
abart@jenner.com
***Attorneys for UMG Recordings, Inc.***

Elvis D. Gonzalez
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison St., Suite 1515
Chicago, IL 60602
Tel:   (312) 558-9779
Fax:   (312) 276-8119
egonzalez@elvisgonzalezltd.com
***Attorney for DJ White Shadow, LLC***

/s/ *Christopher W. Niro*
Attorneys for Rebecca Francescatti