IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE GERMANOTTA, an individual, a.k.a."Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual,<br><br>Defendants. | Case No. 1:11-cv-5270<br><br>JURY TRIAL DEMANDED<br><br>Judge Marvin E. Aspen<br>Mag. Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Thursday, March 21, 2012 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, the parties shall appear the Honorable Marvin E. Aspen in Room 2568 at 219 S. Dearborn Street, Chicago, Illinois to present **Plaintiff's Unopposed Motion for Leave to File a Brief Up to Thirty Pages in Length and Extension of Time to Respond**, a copy of which is hereby served upon you.

Respectfully submitted,

　　　 */s/Christopher W. Niro*　　　
William L. Niro
Christopher W. Niro
Ashley E. LaValley
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Tel.　(312) 236-0733
Fax:　(312) 236-3137
wniro@nshn.com;
cniro@nshn.com;
alavalley@nshn.com
***Attorneys for Plaintiff, Rebecca Francescatti***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 18, 2013 the foregoing

**NOTICE OF MOTION**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:     (312) 962-3550
Fax:     (312) 962-3551
sgilford@proskauer.com
cspector@proskauer.com

Charles Ortner
Sandra A. Crawshaw-Sparks
Alexander Kaplan
Kevin S. Blum
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:     (212) 969-3000
Fax:     (212) 969-2900
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com
kblum@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

John J. Bullaro, Jr.
Bryan E. Curry
BULLARO & CARTON PC
200 North LaSalle St., Suite 2420
Chicago, IL 60601
Tel:     (312) 831-1000
Fax:     (312) 831-0647
jbullaro@bullarocarton.com
bcurry@bullarocarton.com
***Attorneys for Brian Joseph Gaynor***

Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:     (312) 840-7295
Fax:     (312) 840-7395
clay@jenner.com

Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue – 37th Floor
New York, NY 10022-3908
Tel:     (212) 891-1600
Fax:     (212) 891-1699
abart@jenner.com
***Attorneys for UMG Recordings, Inc.***

Elvis D. Gonzalez
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison St., Suite 1515
Chicago, IL 60602
Tel:     (312) 558-9779
Fax:     (312) 276-8119
egonzalez@elvisgonzalezltd.com
***Attorney for DJ White Shadow, LLC***

　　　　　　　　　　　　　　*/s/Christopher W. Niro*　　　
　　　　　　　　　　　　Attorneys for Rebecca Francescatti