## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Rebecca Francescatti
                                        Plaintiff,

v.                                                                 Case No.: 1:11–cv–05270
                                                                 Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2013:

      entry to stand.Judicial staff mailed notice(gl, )MINUTE entry before Honorable Marvin E. Aspen: The minute entry of 3/26/13 (Doc. No. 14) is corrected to read that plaintiff is to respond to defendants' combined motion for summary judgment on or before 4/10/13. All other aspects of the minute

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.