# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Marvin Aspen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5270 | **DATE** | 4/12/2013 |
| **CASE TITLE** | Rebecca Francescatti vs. Stefani Joanne Germanotta, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to file plaintiffs' response to defendants' L.R. 56.1 statement of undisputed facts in support of their motion for summary judgment and plaintiff's L.R. 56.1 statement of additional fact; Exhibits A, B, C, E, F, J, K, M, N, BB, CC, DD, EE, JJ, PP to plaintiff's response; Exhibit QQ - Confidential summary judgment disc continuing Confidential Video Files 1,2, and 3 and Audio Track 1; and plaintiff's memorandum in opposition to defendants' motion for summary judgment, is granted. The motion hearing set for 4/16/13 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|