**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-05270 |
| | ) | |
| v. | ) | |
| | ) | Honorable Marvin E. Aspen |
| STEFANI JOANNE GERMANOTTA | ) | Magistrate Judge Jeffrey T. Gilbert |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | ECF CASE |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF OF UP TO**
**TWENTY PAGES IN LENGTH IN FURTHER SUPPORT**
**OF THEIR COMBINED MOTION FOR SUMMARY JUDGMENT**

Defendants Stefani Joanne Germanotta p/k/a Lady Gaga, Interscope Records/Universal

Music Group, Inc.,[1] DJ White Shadow, LLC, and Brian Joseph Gaynor ("Defendants" and,

together with the Plaintiff, the "Parties"), by and through their undersigned counsel, hereby

respectfully move (the "Motion") this Court for an Order permitting them to file a reply brief in

further support of their combined motion for summary judgment that is up to twenty (20) pages

in length. In support of this Motion, the Defendants state as follows:

      1.      Following the completion of discovery on liability issues in this copyright

infringement case, the parties commenced dispositive motion practice. To minimize repetition in

the Defendants' positions regarding liability issues and to make the dispositive motion practice

most efficient, Defendants filed a combined motion for summary judgment on liability issues.

---

[1]      Plaintiff's Complaint was brought incorrectly against Interscope Records and Universal Music
Group, Inc. UMG Recordings, Inc. is the property part in interest.

Defendants sought leave to include more than fifteen pages in their brief, as well as additional facts in their Local Rule 56.1 Statement. (Docket No. 111.) Pursuant to this Court's order of February 19, 2013 (Docket No. 114), Defendants filed a 30-page memorandum in support of their combined motion for summary judgment on liability issues (the "Motion for Summary Judgment") on March 4, 2013. (Docket No. 119.)

2.      When responding to the Motion for Summary Judgment, Plaintiff sought leave to file a 30-page brief in opposition as well as a nine-day extension of the time for filing that brief. (Docket No. 135.) Defendants consented to Plaintiff's request for extra pages and extra time. (*Id*.) Pursuant to this Court's order of March 26, 2013 (Docket No. 141), on April 10, 2013, Plaintiff filed a 30-page brief in opposition to the Motion for Summary Judgment. (Docket No. 145.)

3.      Defendants respectfully request that they be permitted to file a reply brief in further support of the Motion for Summary Judgment that is up to 20 pages in length. Even with this five-page extension, the reply brief would be shorter than the opening briefs filed by the Parties and shorter than the sixty pages to which Defendants would be entitled on reply under the local rules, should each Defendant have filed a separate motion for summary judgment.

4.      Defendants need these additional five pages in order to fully address all issues in this summary judgment briefing.

5.      This Motion is being made in good faith and not for the purpose of hindering or delaying these proceedings.

6.      No Party will suffer prejudice if the Court grants this Motion.

7.      In light of the circumstances described above, granting this Motion would serve the interests of justice.

8.      Counsel for Plaintiff refused to consent to this Motion.

WHEREFORE, Defendants respectfully request that this Court grant their Motion and enter an Order permitting Defendants to file a reply brief in further support of their combined motion for summary judgment that is up to twenty pages long.

Dated: April 17, 2013

Respectfully submitted,


___/s/Catherine J. Spector___
Charles Ortner
Sandra A. Crawshaw-Sparks
Alexander Kaplan
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:     (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:     (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com
**Attorneys for Stefani Joanne Germanotta**


___/s/Andrew H. Bart___
Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:     (312) 840-7295
clay@jenner.com

Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue – 37th Floor
New York, NY 10022-3908
Tel:     (212) 891-1600
abart@jenner.com
**Attorneys for UMG Recordings, Inc.**


___/s/Elvis D. Gonzalez___
Elvis D. Gonzalez
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison St., Suite 1515
Chicago, IL 60602
Tel:     (312) 558-9779
egonzalez@elvisgonzalezltd.com
**Attorney for DJ White Shadow, LLC**


___/s/Bryan E. Curry___
John J. Bullaro, Jr.
Bryan E. Curry
BULLARO & CARTON PC
200 North LaSalle St., Suite 2420
Chicago, IL 60601
Tel:     (312) 831-1000
jbullaro@bullarocarton.com
bcurry@bullarocarton.com
**Attorneys for Brian Joseph Gaynor**

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 17th day of April, 2013.

*/s/ Catherine J. Spector*
Catherine J. Spector