**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Rebecca Francescatti
                          Plaintiff,

v.                                                      Case No.: 1:11–cv–05270
                                                          Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 19, 2013:

      MINUTE entry before Honorable Marvin E. Aspen:Defendants' Motion for leave to file [150] a reply brief of up to 20 pages in length in further support of their combined motion for summary judgment is granted. The motion hearing set for 4/23/13 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.