IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEFANI JOANNE GERMANOTTA ) <br> p/k/a LADY GAGA, INTERSCOPE RECORDS, ) <br> UNIVERSAL MUSIC GROUP, INC., ) <br> DJ WHITE SHADOW, LLC, and ) <br> BRIAN JOSEPH GAYNOR, ) <br> ) <br> Defendants. ) | No. 1:11-cv-05270 <br><br> Honorable Marvin E. Aspen <br> Magistrate Judge Jeffrey T. Gilbert <br><br><br><br> JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Paragraph 12 of the February 15, 2012 Agreed Protective Order (Dkt. 57), Defendant Stefani Joanne Germanotta hereby respectfully moves the Court for permission to file under seal: (1) Defendants' Reply in Support of Summary Judgment; (2) Defendants' Response to Plaintiff's Statement of Additional Material Facts; and (3) Exhibits 34, 35, 36 and 44 thereto. Where possible, redacted public versions of these documents were filed on April 29, 2013, and unredacted copies will be delivered to counsel for all parties and to chambers.

These documents have been designated as, or cite and/or refer to, information that has been designated as either (a) "Confidential" on the grounds that the producing party and its counsel reasonably and in good faith believe to constitute confidential business records or information, trade secrets, proprietary information, or confidential personal information or (b) "Highly Confidential – Attorneys Eyes Only" on the grounds that the producing party and its

counsel reasonably and in good faith believe that the material (i) is competitively sensitive; (ii) is of a type that it has a compelling business interest in not being disclosed to competitors; and (iii) presents a significant possibility of causing harm if known by others. Thus, good cause exists to file the documents described above under seal in this action. Accordingly, Defendant respectfully requests that the Court permit these documents to be filed under seal.

Dated: April 29, 2013              /s/Catherine J. Spector
                                   Charles B. Ortner *(admitted pro hac vice)*
                                   Sandra A. Crawshaw-Sparks *(admitted pro hac vice)*
                                   Alexander Kaplan *(admitted pro hac vice)*
                                   PROSKAUER ROSE LLP
                                   Eleven Times Square
                                   New York, NY 10036
                                   Tel:   (212) 969-3000
                                   cortner@proskauer.com
                                   scrawshaw@proskauer.com
                                   akaplan@proskauer.com

                                   Steven R. Gilford
                                   Catherine J. Spector
                                   PROSKAUER ROSE LLP
                                   70 West Madison St., Suite 3800
                                   Chicago, IL 60602
                                   Tel:   (312) 962-3550
                                   sgilford@proskauer.com
                                   cspector@proskauer.com

                                   ***Attorneys for Stefani Joanne Germanotta***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 29th day of April, 2013.

*/s/ Catherine J. Spector*
Catherine J. Spector