# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| | ) | |
| | ) | No. 1:11-cv-05270 |
| Plaintiff, | ) | |
| | ) | Honorable Marvin E. Aspen |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| STEFANI JOANNE GERMANOTTA | ) | |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 2nd, 2013 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, in Courtroom 2568, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Defendants' Motion for Leave to File Documents Under Seal.

Dated: April 29, 2013

                                                                             Respectfully submitted,

                                                                             */s/Catherine J. Spector*
                                                                             Charles Ortner
                                                                             Sandra A. Crawshaw-Sparks
                                                                             Alexander Kaplan
                                                                             PROSKAUER ROSE LLP
                                                                             Eleven Times Square
                                                                             New York, NY 10036
                                                                             Tel:    (212) 969-3000
                                                                             cortner@proskauer.com
                                                                             scrawshaw@proskauer.com
                                                                             akaplan@proskauer.com

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:	(312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com

***Attorneys for Stefani Joanne Germanotta***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 29th day of April, 2013.

                                              */s/ Catherine J. Spector*
                                              Catherine J. Spector