## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Rebecca Francescatti

                                Plaintiff,

v.                                                            Case No.: 1:11–cv–05270
                                                                              Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2013:

      MINUTE entry before Honorable Marvin E. Aspen:Plaintiff is to respond to defendants' motion to strike, [157] portions of plaintiff's response to defendants' L.R. 56.1 statement of undisputed facts in support of their motion for summary judgment, on or before 5/13/2013. Defendants to reply by 5/20/2013. The motion hearing set for 5/2/13 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.