# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, | ) |
| | ) |
| | ) No. 1:11-cv-05270 |
| Plaintiff, | ) |
| | ) Honorable Marvin E. Aspen |
| v. | ) Magistrate Judge Jeffrey T. Gilbert |
| | ) |
| STEFANI JOANNE GERMANOTTA | ) |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) |
| UNIVERSAL MUSIC GROUP, INC., | ) |
| DJ WHITE SHADOW, LLC, and | ) |
| BRIAN JOSEPH GAYNOR, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Tuesday, May 14th, 2013 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, in Courtroom 2568, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Defendants' Unopposed Motion to Seal Docket. Nos. 153 & 154 and for Leave to File Corrected Versions of Those Documents.

Dated: May 8, 2013

Respectfully submitted,

*/s/Catherine J. Spector*
Charles Ortner
Sandra A. Crawshaw-Sparks
Alexander Kaplan
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com

akaplan@proskauer.com

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel:     (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com

***Attorneys for Stefani Joanne Germanotta***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 8th day of May, 2013.

                                                */s/ Catherine J. Spector*
                                                Catherine J. Spector