**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-05270 |
| | ) | |
| v. | ) | |
| | ) | |
| STEFANI JOANNE GERMANOTTA | ) | |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW *INSTANTER*
APPEARANCE AND REPRESENTATION OF CATHERINE J. SPECTOR**

Pursuant to Local Rule 83.17 of the Northern District of Illinois, Defendant Stefani Joanne Germanotta ("Germanotta") hereby moves, by and through undersigned counsel, for an order permitting the withdrawal of Catherine J. Spector as counsel. In support of this Motion, it is hereby stated:

1. As of June 21, 2013, Catherine J. Spector is no longer affiliated with the law firm Proskauer Rose LLP ("Proskauer"). Ms. Spector desires to withdraw from this action.

2. Germanotta will continue to be represented by Steven R. Gilford, Charles B. Ortner, Sandra A. Crawshaw-Sparks and Alexander Kaplan of Proskauer.

3. Because the aforementioned attorneys are continuing their representation of Germanotta, withdrawal of Ms. Spector's appearance and representation on behalf of Germanotta will not prejudice her.

**WHEREFORE**, plaintiff respectfully requests that this Court grant Ms. Spector leave to withdraw *instanter* her appearance and representation of Germanotta.

Dated: July 10, 2013

Respectfully submitted,

/s/ Steven R. Gilford
Steven R. Gilford (IL Bar No. 6181453)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison St., Ste. 3800
Chicago, IL 60606
Telephone: (312) 962-3550
sgilford@proskauer.com

Charles B. Ortner
Sandra A. Crawshaw-Sparks
Alexander Kaplan
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com

*Counsel for Defendant Stefani Joanne Germanotta*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 10th day of July, 2013.

                                        */s/ Steven R. Gilford*
                                        Steven R. Gilford