**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA FRANCESCATTI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-05270 |
| | ) | |
| v. | ) | |
| | ) | |
| STEFANI JOANNE GERMANOTTA | ) | |
| p/k/a LADY GAGA, INTERSCOPE RECORDS, | ) | |
| UNIVERSAL MUSIC GROUP, INC., | ) | |
| DJ WHITE SHADOW, LLC, and | ) | |
| BRIAN JOSEPH GAYNOR, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Tuesday, July 16, 2013 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, in Courtroom 2568, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Defendant Stefani Joanne Germanotta's Motion to Withdraw *Instanter* Appearance and Representation of Catherine J. Spector.

Dated: July 10, 2013

Respectfully submitted,

*/s/* Steven R. Gilford
Steven R. Gilford (IL Bar No. 6181453)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison St., Ste. 3800
Chicago, IL 60606
Telephone: (312) 962-3550
sgilford@proskauer.com

Charles B. Ortner
Sandra A. Crawshaw-Sparks
Alexander Kaplan
PROSKAUER ROSE LLP

Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com

*Counsel for Defendant Stefani Joanne Germanotta*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 10th day of July, 2013.

                              */s/ Steven R. Gilford*
                              Steven R. Gilford