# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Rebecca Francescatti

                              Plaintiff,

v.                                                                 Case No.: 1:11–cv–05270
                                                                    Honorable Marvin E. Aspen

Stefani Joanne Germanotta, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 10, 2013:

      MINUTE entry before Honorable Marvin E. Aspen: Attorney Catherine J. Spector's Motion to withdraw as attorney [172] for defendant Joanne Germanotta is granted. Attorney Catherine J. Spector terminated. The motion hearing scheduled for 7/16/13 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.