IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE GERMANOTTA, an individual, a.k.a."Lady Gaga," INTERSCOPE RECORDS, UNIVERSAL MUSIC GROUP, INC., DJ WHITE SHADOW, LLC, and BRIAN JOSEPH GAYNOR, an individual,<br><br>Defendants. | Case No. 1:11-cv-5270<br><br>JURY TRIAL DEMANDED<br><br>Judge Marvin E. Aspen<br>Mag. Judge Jeffrey T. Gilbert |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

On July 22, 2013, Defendants collectively filed with the Court a Notice of Supplemental Authority (Docket No. 175) along with an exhibit containing the decision of the Seventh Circuit Court of Appeals in *Hobbs v. Elton John*, 2013 U.S. App. LEXIS 14401 (7th Cir. July 17, 2013) (Dkt. 175-1). That decision, according to Defendants, supports their position regarding substantial similarity between the works at issue in the instant litigation. Defendants' argument is flawed because *Hobbs* is factually distinguishable from the case at bar and, actually, supports one of Plaintiff's theories of infringement.

The *Hobbs* court was faced with a comparison of lyrics only. Here, the Court is faced with several substantially similar, creative and unique musical attributes of Plaintiff's song *Juda* which are present in the Defendants' song *Judas*. *A fortiori*, Defendants do not mention that portion of the *Hobbs* opinion in which the Court states "Although we need not address whether the district court correctly interpreted *Peters* on this [unique combination theory] issue, we observe that there is a wealth of authority recognizing that, in certain situations, a unique

- 2 -

arrangement of individually unprotectable elements can form an original expression entitled to copyright protection." 2013 U.S. App. LEXIS 14401, at *8 n. 4; (Dkt. 175-1 at pp. 5-6). Further, "[i]ndeed, in *Peters*, our conclusion that the similarities between the two songs were not individually protectable did not keep us from considering whether the plaintiff could establish a copyright infringement claim based on 'all of these [unprotectable] elements in combination.'" *Id.*

Accordingly, *Hobbs* supports Plaintiff in the matters presently pending in the instant case.

Respectfully submitted,

*/s/ Ashley E. LaValley*
William L. Niro
Christopher W. Niro
Ashley E. LaValley
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Tel. (312) 236-0733
Fax: (312) 236-3137
wniro@nshn.com;
cniro@nshn.com;
alavalley@nshn.com
***Attorneys for Plaintiff, Rebecca Francescatti***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2013 the foregoing

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Steven R. Gilford
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551
sgilford@proskauer.com

Charles Ortner
Sandra A. Crawshaw-Sparks
Alexander Kaplan
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
cortner@proskauer.com
scrawshaw@proskauer.com
akaplan@proskauer.com
***Attorneys for Stefani Joanne Germanotta***

John J. Bullaro, Jr.
Bryan E. Curry
BULLARO & CARTON PC
200 North LaSalle St., Suite 2420
Chicago, IL 60601
Tel: (312) 831-1000
Fax: (312) 831-0647
jbullaro@bullarocarton.com
bcurry@bullarocarton.com
***Attorneys for Brian Joseph Gaynor***

Christopher B. Lay
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 840-7295
Fax: (312) 840-7395
clay@jenner.com

Andrew H. Bart
JENNER & BLOCK LLP
919 Third Avenue – 37th Floor
New York, NY 10022-3908
Tel: (212) 891-1600
Fax: (212) 891-1699
abart@jenner.com
***Attorneys for UMG Recordings, Inc.***

Elvis D. Gonzalez
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison St., Suite 1515
Chicago, IL 60602
Tel: (312) 558-9779
Fax: (312) 276-8119
egonzalez@elvisgonzalezltd.com
***Attorney for DJ White Shadow, LLC***

 

*/s/ Ashley E. LaValley*
Attorneys for Rebecca Francescatti