UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA FRANCESCATTI, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEFANI JONANNE GERMONATTA, an ) <br> individual, a.k.a. "Lady Gaga", ) <br> INTERSCOPE RECORDS, UNIVERSAL ) <br> MUSIC GROUP, DJ WHITE SHADOW, ) <br> LLC, and BRIAN JOSEPH GAYNOR, an ) <br> individual, ) <br> ) <br> Defendants. ) | Case No. 11-CV-05270 <br> Hon. Marvin E. Aspen <br> Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT BRIAN JOSEPH GAYNOR'S ADDEUNDUM AND EXHIBITS TO BILL OF COSTS

Defendant Brian Joseph Gaynor ("Gaynor"), by his attorney Bryan E. Curry of Bullaro & Carton, P.C., states as follows for his Addendum and Exhibits to his Bill of Costs:

**Total Costs Sought**:

**Deposition Transcripts:**   $2,502.61

**Photocopying Costs:**   $1,682.05

**TOTAL:**   $4,191.31

**Summary of Deposition Transcript Costs**

| Provider | Service | Cost |
|---|---|---|
| Veritext | Transcript- Brian Gaynor Deposition | $461.16 |
| Veritext | Transcript- Paul Blair Deposition | $768.60 |
| Veritext | Transcript- Paul Blair 30(b)(6) Deposition | $332.15 |
| Veritext | Transcript- Stephanie Germanotta Deposition | $940.70 |
| | **TOTAL TRANSCRIPT** | **$2,502.61** |

Transcript invoices are attached.

**Summary of In-House Photocopying Expenses**

| Expense Item | Cost |
|---|---|
| B&W Copies (includes bulk laser printing) | $1,467.70 |
| Color Copies | $219.25 |
| **TOTAL COPYING COSTS** | **$1,688.70** |

**Invoice-by-invoice Detail of Photocopying Expenses**

| Invoice | B&W Qty | B&W Rate | B&W Total | Color Qty | Color Rate | Color Total | Invoice Total |
|---|---|---|---|---|---|---|---|
| 11815 | 4 | $0.10 | **$0.40** | 4 | $0.25 | **$1.00** | **$1.40** |
| 11839 | 13 | $0.10 | **$1.30** | 0 | $0.25 | **$0.00** | **$1.30** |
| 11890 | 75 | $0.10 | **$7.50** | 0 | $0.25 | **$0.00** | **$7.50** |
| 11927 | 759 | $0.10 | **$75.90** | 248 | $0.25 | **$62.00** | **$137.90** |
| 11999 | 136 | $0.10 | **$13.60** | 25 | $0.25 | **$6.25** | **$19.85** |
| 12103 | 7,521 | $0.10 | **$752.10** | 587 | $0.25 | **$146.75** | **$898.85** |
| 12134 | 5,040 | $0.10 | **$504.00** | 0 | $0.25 | **$0.00** | **$504.00** |
| 12239 | 0 | $0.10 | **$0.00** | 0 | $0.25 | **$0.00** | **$0.00** |
| 12298 | 0 | $0.10 | **$0.00** | 0 | $0.25 | **$0.00** | **$0.00** |
| 12367 | 410 | $0.10 | **$41.00** | 11 | $0.25 | **$2.75** | **$43.75** |
| 12396 | 177 | $0.10 | **$17.70** | 0 | $0.25 | **$0.00** | **$17.70** |
| 12425 | 0 | $0.10 | **$0.00** | 0 | $0.25 | **$0.00** | **$0.00** |
| 12452 | 1 | $0.10 | **$0.10** | 9 | $0.25 | **$2.25** | **$2.35** |
| 12534 | 541 | $0.10 | **$54.10** | 0 | $0.25 | **$0.00** | **$54.10** |
| 12843 | 0 | $0.10 | **$0.00** | 0 | $0.25 | **$0.00** | **$0.00** |
| TOTALS | 14,677 | $0.10 | **$1,467.70** | 884 | $0.25 | **$221.00** | **$1,688.70** |

Excerpts from professional services invoices showing copy counts and rates are attached.

Dated: July 14, 2014                                    Respectfully submitted,

Bryan E. Curry (ARDC # 6255803)            **BRIAN JOSEPH GAYNOR**
BULLARO & CARTON, P.C.
200 N. LaSalle Street                                By: _/s/ Bryan E. Curry_
Suite 2420                                                          Bryan E. Curry
Chicago, Illinois  60601
Phone: (312) 831-1000
Fax: (312) 831-0647
jbullaro@bullarocarton.com
bcurry@bullarocarton.com

EXHIBIT A

VERITEXT BILLS

107-8287

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087 Fax. 312.442.9095

**Bill To:** Bryan E. Curry, Esq
Bullaro & Carton
200 North LaSalle Street
Suite 2420
Chicago, IL 60601

**Invoice #:** CHI1504853
**Invoice Date:** 06/06/2012
**Balance Due:** $461.16

**Case:** Francescatti, Rebecca v. Germanotta, Stefani
**Job #:** 1501637 | Job Date: 5/25/2012 | Delivery: Normal
**Location:** Niro Haller & Niro
181 West Madison Street | Suite 4600 | Chicago, IL 60602

**Reference Number**

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Brian Gaynor | Certified Transcript | Page | 168.0 | $3.05 | $512.40 |
|  | Discount - Preferred Client | 1 | 512.4 | ($0.10) | ($51.24) |

**Notes:**

| Invoice Total: | $461.16 |
|---|---|
| Payment: | $0.00 |
| Interest: | 0.00 |
| Balance Due: | $461.16 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** CHI1504853
**Job #:** 1501637
**Invoice Date:** 06/06/2012
**Balance:** $461.16

Please remit payment to:
One North LaSalle Street, Suite 400
Chicago, IL 60602

For more information on charges related to our services please consult www.veritext.com/serviceinfo

107-8287

## Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087  Fax. 312.442.9095

Bill To: Bryan E. Curry, Esq
Bullaro & Carton
200 North LaSalle Street
Suite 2420
Chicago, IL 60601

Invoice #: CHI1504838
Invoice Date: 06/06/2012
Balance Due: $768.60

Case: Francescatti, Rebecca v. Germanotta, Stefani
Job #: 1501635 | Job Date: 5/23/2012 | Delivery: Normal

Location: Niro Haller & Niro
181 West Madison Street | Suite 4600 | Chicago, IL 60602

Reference Number

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Paul Blair | Certified Transcript | Page | 280.0 | $3.05 | $854.00 |
|  | Discount - Preferred Client | 1 | 854.0 | ($0.10) | ($85.40) |

Notes:

Invoice Total: $768.60
Payment: $0.00
Interest: 0.00
Balance Due: $768.60

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

JUN 1 2 2012

Make check payable to: Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: CHI1504838
Job #: 1501635
Invoice Date: 06/06/2012
Balance: $768.60

Please remit payment to:
One North LaSalle Street, Suite 400
Chicago, IL 60602

For more information on charges related to our services please consult www.veritext.com/serviceinfo

107-8287

# Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago, IL 60602
Tel. 312.442.9087  Fax. 312.442.9095

| Bill To: | Bryan E. Curry, Esq<br>Bullaro & Carton<br>200 North LaSalle Street<br>Suite 2420<br>Chicago, IL 60601 | Invoice #: | CHI1504828 |
|---|---|---|---|
| | | Invoice Date: | 06/06/2012 |
| | | Balance Due: | $332.15 |

| Case: | Francescatti, Rebecca v. Germanotta, Stefani | Reference Number |
|---|---|---|
| Job #: | 1501636 \| Job Date: 5/24/2012 \| Delivery: Normal | |
| Location: | Niro Haller & Niro<br>181 West Madison Street \| Suite 4600 \| Chicago, IL 60602 | |

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Paul Blair (30(b)(6)) | Certified Transcript | Page | 121.0 | $3.05 | $369.05 |
| | Discount - Preferred Client | 1 | 369.1 | ($0.10) | ($36.91) |

| Notes: | | Invoice Total: | $332.15 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Interest: | 0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | $332.15 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Make check payable to:  **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| Invoice #: | CHI1504828 |
|---|---|
| Job #: | 1501636 |
| Invoice Date: | 06/06/2012 |
| Balance: | $332.15 |

Please remit payment to:
One North LaSalle Street, Suite 400
Chicago, IL 60602

For more information on charges related to our services please consult www.veritext.com/serviceinfo

## Veritext Chicago Reporting Company

One North LaSalle Street, Suite 400
Chicago IL 60602
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Bryan Curry, Esq.<br>Bullaro & Carton<br>200 N LaSalle Street<br>Suite 2420<br>Chicago, IL, 60601-1051 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI1516576<br>8/1/2012<br>$940.70 |

| | |
|---|---|
| **Case:** | Francescatti, Rebecca v. Germanotta, Stefani |
| **Job #:** | 1507044 | Job Date: 7/20/2012 | Delivery: Normal |
| **Billing Atty:** | |
| **Location:** | Proskauer Rose, LLP |
| | 70 West Madison | Suite 3800 | Chicago, IL 60602 |
| **Sched Atty:** | William L. Niro, Esq | Niro Haller & Niro |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Stefani Germanotta | Certified Transcript | Page | 239.00 | $3.05 | $728.95 |
| | Exhibits | Per Page | 247.00 | $0.55 | $135.85 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.50 | $39.50 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $22.50 | $22.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $926.80 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $13.90 |
| Balance Due: | $940.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

### THIS INVOICE IS 355 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| | |
|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 |

| | |
|---|---|
| Invoice #: | CHI1516576 |
| Job #: | 1507044 |
| Invoice Date: | 8/1/2012 |
| Balance: | $940.70 |

EXHIBIT B

INVOICE EXCERPTS
WITH COPY COUNTS

# Invoice for Professional Services     Bullaro & Carton, P.C.

Brian J. Gaynor
Attention: Brian J. Gaynor
2190 W. Thomas, #1
Chicago, IL 60622

Page: 5
November 30, 2011
Rebecca Francescatti v. Brian J. Gaynor
Client-Matter No.   0107.08287
Invoice No.   11815
Our Tax ID: 62-1176172

**Additional Charges :**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 10/31/2011 | In-House Photocopies - Black & White | 4<br>0.10 | 0.40 |
|  | In-House Photocopies - Color | 4<br>0.25 | 1.00 |

Total Expenses $1.40

Total Amount Of This Invoice $1,452.00

−$180

Previous balance of Client Fund Account $2,500.00

New balance of Client Fund Account $2,500.00

*Invoice for Professional Services*       ***Bullaro & Carton, P.C.***

Brian J. Gaynor

Page: 3

Rebecca Francescatti v. Brian J. Gaynor

January 31, 2012
Client-Matter No. 0107.08287
Invoice No. 11839
Our Tax ID: 62-1176172

| | | | | **Hours** |
|---|---|---|---|---:|
| 12/20/2011 | BEC | Telephone call to B. Gaynor re ~~status of case; follow up email re same~~ | | 0.10 |
| 12/21/2011 | BEC | Receipt and review of email from co-defense counsel re motion to withdraw appearance and receipt and review of emails between Lady Gaga and plaintiff's attorney | | 0.10 |
| 12/22/2011 | BEC | Review and analysis of Lady Gaga's discovery served on plaintiff | | 0.20 |

|  |  | **Amount** |
|---|---:|---:|
| For professional services rendered | 8.50 | $1,257.80 |

**Recapitulation of Professional Services**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Jon M. Heilman - Associate | 2.00 | 150.00 | $300.00 |
| Bryan E. Curry - Partner | 6.30 | 150.00 | $945.00 |
| Paralegal - Paralegal | 0.20 | 64.00 | $12.80 |

**Additional Charges :**

| | | | **Qty/Price** | |
|---|---|---|---:|---:|
| 12/31/2011 | In-House Photocopies | | 13 | 1.30 |
| | | | 0.10 | |

| Total Expenses | $1.30 |
|---|---:|

| Total Amount Of This Invoice | $1,259.10 |
|---|---:|
| Previous Balance | $2,863.76 |
| 12/1/2011 Payment from Retainer - Thank You. Check No. 003130 | ($1,411.76) |
| 1/3/2012 Payment - Thank You. Check No. 003131 | ($1,088.24) |
| Total payments and adjustments | ($2,500.00) |

# Invoice for Professional Services

## Bullaro & Carton, P.C.

Brian J. Gaynor

Rebecca Francescatti v. Brian J. Gaynor

Page: 3
February 29, 2012
Client-Matter No. 0107.08287
Invoice No. 11890
Our Tax ID: 62-1176172

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1/26/2012 | BEC | Review and analysis of suggested changes/ additional information from B. Gaynor for draft answers to plaintiff's interrogatories | 0.30 |
| 1/27/2012 | BEC | Receipt and review of email from Gaga's counsel re scheduling her deposition and location for same | 0.10 |
| 1/30/2012 | BEC | Exchange emails with plaintiff's attorney requesting extension to answers discovery | 0.10 |
|  | BEC | Telephone calls and emails to B. Gaynor re ~~need his input to finalize discovery~~ | 0.20 |
| 1/31/2012 | BEC | Receipt and review of discovery responses produced by DJ White Shadow LLC | 0.30 |
|  | BEC | Email to B. Gaynor re ~~forwarding discovery responses from co-defendant for his review~~ | 0.10 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 7.10 | $1,056.40 |

### Recapitulation of Professional Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bryan E. Curry - Partner | 7.00 | 150.00 | $1,050.00 |
| Paralegal - Paralegal | 0.10 | 64.00 | $6.40 |

### Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 1/31/2012 | In-House Photocopies | 75<br>0.10 | 7.50 |

| Total Expenses | $7.50 |
|---|---|

| Total Amount Of This Invoice | $1,063.90 |
|---|---|

## Invoice for Professional Services

## Bullaro & Carton, P.C.

Brian J. Gaynor

Page: 5

Rebecca Francescatti v. Brian J. Gaynor

March 30, 2012
Client-Matter No. 0107.08287
Invoice No. 11927
Our Tax ID: 62-1176172

|  |  |  |  | Hours |
|---|---|---|---|---|
| 2/29/2012 | BEC | Review and analysis of additional digital production from Gaga and production of Gaga TXT message | | 1.20 |
|  | BEC | Draft and revise outline for Gaga deposition | | 0.80 |
|  | BEC | Receipt and review of follow up email from plaintiff's attorney re additional dates for Gaga deposition | | 0.10 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 17.40 | $2,610.00 |

### Recapitulation of Professional Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John J. Bullaro, Jr. - Partner | 1.00 | 150.00 | $150.00 |
| Bryan E. Curry - Partner | 16.40 | 150.00 | $2,460.00 |

**Additional Charges :**

|  |  | Qty/Price |  |
|---|---|---|---|
| 2/21/2012 | Postage | 7<br>1.50 | 10.50 |
| 2/27/2012 | Fed Ex from BEC to Charles B. Ortner | 1<br>26.31 | 26.31 |
|  | Fed Ex from BEC to Andrew H. Bart | 1<br>26.31 | 26.31 |
| 2/29/2012 | Postage | 6<br>1.30 | 7.80 |
|  | In-House Photocopies (B&W) | 759<br>0.10 | 75.90 |

***Invoice for Professional Services***          ***Bullaro & Carton, P.C.***

Brian J. Gaynor

Page:   6

Rebecca Francescatti v. Brian J. Gaynor

March 30, 2012
Client-Matter No.  0107.08287
Invoice No.   11927
Our Tax ID: 62-1176172

|  | Qty/Price | Amount |
|---|---:|---:|
| 2/29/2012  In-House Photocopies (Color) | 248<br>0.25 | 62.00 |
| Total Expenses |  | $208.82 |
| Total Amount Of This Invoice |  | $2,818.82 |
| Previous Balance |  | $2,686.76 |
| **Balance Due** |  | $5,505.58 |

# Invoice for Professional Services

# Bullaro & Carton, P.C.

Brian J. Gaynor

Page: 3

Rebecca Francescatti v. Brian J. Gaynor

April 30, 2012
Client-Matter No. 0107.08287
Invoice No. 11999
Our Tax ID: 62-1176172

| Date | | Description | Hours |
|---|---|---|---|
| 3/20/2012 | BEC | Email to plaintiff's attorney re setting conference call to discuss depositions to be taken | 0.10 |
| 3/21/2012 | BEC | Telephone conference with all attorneys of record re scheduling party depositions | 0.20 |
| 3/22/2012 | BEC | Receipt and review of notices of deposition for Red One Productions | 0.20 |
| 3/23/2012 | BEC | Receipt and review of signature pages from plaintiff for responses to Gaynor and White Shadow | 0.10 |
| 3/29/2012 | BEC | Exchange emails with W. Niro re status of 4/17 deposition and discovery letter | 0.10 |

| | | Amount |
|---|---|---|
| For professional services rendered | 9.30 | $1,395.00 |

### Recapitulation of Professional Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bryan E. Curry - Partner | 9.30 | 150.00 | $1,395.00 |

### Additional Charges :

| Date | Description | Qty/Price | |
|---|---|---|---|
| 3/6/2012 | Postage | 6<br>1.70 | 10.20 |
| 3/30/2012 | In-House Photocopies | 136<br>0.10 | 13.60 |
| | In-House Photocopies | 18<br>0.25 | 4.50 |

| | |
|---|---|
| Total Expenses | $28.30 |
| Total Amount Of This Invoice | $1,423.30 |

# *Invoice for Professional Services*      **Bullaro & Carton, P.C.**

Brian J. Gaynor

Page: 4

Rebecca Francescatti v. Brian J. Gaynor

July 31, 2012
Client-Matter No. 0107.08287
Invoice No. 12103
Our Tax ID: 62-1176172

| Date | | Description | Hours |
|---|---|---|---|
| 5/25/2012 | BEC | Meeting with B. Gaynor re ~~deposition preparation~~ | 1.20 |
| | BEC | Attendance at and participation in deposition of B. Gaynor | 3.30 |
| 5/31/2012 | BEC | Draft and revise supplemental interrogatories and production requests to plaintiff re names of computer files for recording and re-mastering sessions of Judas; served on all attorneys of record | 0.50 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 29.50 | $4,425.00 |

## Recapitulation of Professional Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael R. Carton - Associate | 2.00 | 150.00 | $300.00 |
| Bryan E. Curry - Partner | 27.50 | 150.00 | $4,125.00 |

**Additional Charges :**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 5/31/2012 | In-House Photocopies | 7,521 / 0.10 | 752.10 |
| | In-House Photocopies - COLOR | 587 / 0.25 | 146.75 |

| | |
|---|---|
| Total Expenses | $898.85 |
| Total Amount Of This Invoice | $5,323.85 |
| Previous Balance | $6,928.88 |
| **Balance Due** | **$12,252.73** |

***Invoice for Professional Services***            ***Bullaro & Carton, P.C.***

Brian J. Gaynor

Page: 2

Rebecca Francescatti v. Brian J. Gaynor

August 31, 2012
Client-Matter No. 0107.08287
Invoice No. 12134
Our Tax ID: 62-1176172

**Additional Charges :**

|  | Qty/Price | Amount |
|---|---:|---:|
| 6/30/2012 In-House Photocopies | 5,040<br>0.10 | 504.00 |
| Total Expenses |  | $504.00 |
| Total Amount Of This Invoice |  | $1,104.00 |
| Previous Balance |  | $12,252.73 |
| **Balance Due** |  | **$13,356.73** |

| | | | | Hours |
|---|---|---|---|---|
| *Invoice for Professional Services* | | | | |

**Bullaro & Carton, P.C.**

Brian J. Gaynor

Page: 3

Rebecca Francescatti v. Brian J. Gaynor

January 31, 2013
Client-Matter No. 0107.08287
Invoice No. 12367
Our Tax ID: 62-1176172

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/20/2012 | BEC | Receipt and review of unredacted motion to compel filed by plaintiff against Lady Gaga | 0.30 |
| | BEC | Receipt and review of plaintiff's motion for leave to file under seal and proposed order on motion to compel | 0.10 |
| 11/26/2012 | BEC | Receipt and review of order Judge Manning re resetting conference call | 0.10 |
| 11/27/2012 | BEC | Receipt and review of Gaga's response to motion to compel | 0.30 |
| 11/28/2012 | BEC | Receipt and review of order form Judge Gilbert on motions for leave to file under seal | 0.10 |
| 11/29/2012 | BEC | Exchange emails with Gaga's counsel re expert deposition scheduling | 0.10 |
| | BEC | Attendance at hearing on plaintiff's motion to compel | 1.10 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 8.80 | $1,320.00 |

### Recapitulation of Professional Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bryan E. Curry - Partner | 8.80 | 150.00 | $1,320.00 |

**Additional Charges :**

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 11/30/2012 | In-House Photocopies - Color | 11 / 0.25 | 2.75 |
| | In-House Photocopies | 410 / 0.10 | 41.00 |

| Total Expenses | $43.75 |
|---|---|

*Invoice for Professional Services*       *Bullaro & Carton, P.C.*

Brian J. Gaynor

Page: 3

Rebecca Francescatti v. Brian J. Gaynor

February 28, 2013
Client-Matter No. 0107.08287
Invoice No. 12396
Our Tax ID: 62-1176172

---

**Additional Charges :**

| | Qty/Price | Amount |
|---|---:|---:|
| 12/10/2012 Postage - 5 LG. Env | 5<br>1.05 | 5.25 |
| 12/31/2012 In-House Photocopies | 177<br>0.10 | 17.70 |
| Total Expenses | | $22.95 |
| Total Amount Of This Invoice | | $4,387.95 |
| Previous Balance | | $15,725.60 |
| **Balance Due** | | **$20,113.55** |

# Invoice for Professional Services

**Bullaro & Carton, P.C.**

Brian J. Gaynor

Page: 3

Rebecca Francescatti v. Brian J. Gaynor

April 30, 2013
Client-Matter No. 0107.08287
Invoice No. 12452
Our Tax ID: 62-1176172

| Date | | Description | Hours |
|---|---|---|---|
| 2/26/2013 | BEC | Exchange emails with K. Blum re comments on second draft of motion for summary judgment | 0.20 |
| | BEC | Exchange multiple emails with parties re motion for summary judgment draft and suggested edits | 0.20 |
| | BEC | Review and analysis of initial draft of Rule 56.1 statement re edits and suggested revisions | 1.40 |
| | BEC | Email to K. Blum re suggested edits on latest draft of motion for summary judgment | 0.10 |
| 2/27/2013 | BEC | Receipt and review of Gaga's response to plaintiff's fourth production requests | 0.30 |
| | BEC | Email to K. Blum re suggested revisions to 56.1 statements | 0.20 |

| | Amount |
|---|---|
| For professional services rendered  23.00 | $3,450.00 |

### Recapitulation of Professional Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bryan E. Curry - Partner | 23.00 | 150.00 | $3,450.00 |

**Additional Charges:**

| Date | Description | Qty/Price | |
|---|---|---|---|
| 2/28/2013 | In-House Photocopies | 1 / 0.10 | 0.10 |
| | In-House Photocopies | 9 / 0.25 | 2.25 |

| | |
|---|---|
| Total Expenses | $2.35 |
| Total Amount Of This Invoice | $3,452.35 |

# *Invoice for Professional Services*       **Bullaro & Carton, P.C.**

Brian J. Gaynor

Rebecca Francescatti v. Brian J. Gaynor

Page: 3

June 28, 2013
Client-Matter No. 0107.08287
Invoice No. 12534
Our Tax ID: 62-1176172

| Date | | Description | Hours |
|---|---|---|---|
| 4/29/2013 | BEC | Receipt and review of emails from clerk of court confirming that motion for summary judgment reply, motion to strike and related materials were filed with the court | 0.10 |
| 4/30/2013 | BEC | Receipt and review of copies of all unredacted documents pertaining to motion for summary judgment reply (redacted materials were filed under seal) | 0.10 |
|  | BEC | Receipt and review of minute order from court re granting motion for leave to file certain documents under seal as related to motion for summary judgment reply | 0.10 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 10.60 | $1,590.00 |

## Recapitulation of Professional Services

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bryan E. Curry - Partner | 10.60 | 150.00 | $1,590.00 |

**Additional Charges :**

| Date | Description | Qty/Price | |
|---|---|---|---|
| 4/30/2013 | In-House Photocopies | 541<br>0.10 | 54.10 |

| | |
|---|---|
| Total Expenses | $54.10 |
| Total Amount Of This Invoice | $1,644.10 |
| Previous Balance | $26,880.90 |
| **Balance Due** | **$28,525.00** |